*Sandys v. Naked Juice*

**Exhibits**

Ex. 1 Receipt (1 page)

Ex. 2 Naked Juice Labels (44 pages)

Ex. 3 Naked Juice Ingredients (1 page)



## Right Store. Right Price.

```
      1938 W. GRAY
      713-521-1909
      YOUR CASHIER WAS Kolbrun

         NAKD JUICE              3.29 F
         NAKD JUICE        PC    2.99 F
  SC     KROGER SAVINGS    0.30
         KRO BASIL               1.09 F
         KRO BAY LVS             1.99 F
   KROGER PLUS CUSTOMER    *******7869
         TAX                     0.00
     **** BALANCE               9.36
    ************1439
  REF#: 000000
  PURCHASE: 9.36
  CASHBACK: 20.00
  TOTAL: 29.36


      DEBIT                   29.36
      CHANGE                  20.00
  TOTAL NUMBER OF ITEMS SOLD =    4

  ********** KROGER SAVINGS **********
  KROGER PLUS SAVINGS      $   0.30
  TOTAL COUPONS            $   0.30
  TOTAL SAVINGS (3 pct.)   $   0.30
  ********** KROGER SAVINGS **********

  09/19/11 07:53pm 355 88 210 503
  ****************************************
      September Fuel Points
```

Ex. 1-1

Naked Juice



Naked Juice



Naked Juice



Naked Juice



# 100% juice

## Nutrition Facts

Serving Size 8 fl oz (240mL)
Servings Per Container About 2

**Amount Per Serving**

**Calories** 140   Calories from Fat 0

| | % Daily Value* |
|---|---|
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 15mg | 1% |
| **Potassium** 400mg | 11% |
| **Total Carbohydrate** 33g | 11% |
| Dietary Fiber 0g | 0% |
| Sugars 28g | |
| **Protein** 2g | |

Vitamin A 50%  •  Vitamin C 40%
Calcium 2%  •  Iron 4%
Thiamin 2%  •  Riboflavin 10%
Vitamin B6 15%  •  Vitamin B12 25%
Magnesium 6%

*Percent Daily Values are based on a 2,000 calorie diet.

All sugars are found naturally in the fruit. Not a low calorie food.

## shake well!
separation is natural

INGREDIENTS: APPLE JUICE, MANGO PUREE, PINEAPPLE JUICE, BANANA PUREE, KIWI PUREE, SPIRULINA, NATURAL FLAVORS, CHLORELLA, BROCCOLI, SPINACH, BARLEY GRASS, WHEAT GRASS, PARSLEY, GINGER ROOT, BLUE GREEN ALGAE, ODORLESS GARLIC.

DIST BY: NAKED JUICE CO.
MONROVIA, CA 91016
©2010 NAKED JUICE CO.
THIS PRODUCT HAS BEEN GENTLY PASTEURIZED
QUESTIONS OR COMMENTS CALL (877) 858-4237

HI, ME 5¢ DEP
CA CASH REFUND

3 1001972007   0 82592 72015 3

## the fruit inside*

2¾ apples

½ banana†

⅓ kiwi

⅓ mango

&
a hint of pineapple

*per bottle
†sustainably grown & harvested

## the boost inside*

1300mg spirulina

400mg chlorella

100mg broccoli

100mg spinach

50mg blue green algae

50mg garlic

75mg barley grass

75mg wheat grass

50mg ginger

50mg parsley

Naked Juice



Naked Juice



Naked Juice



Naked Juice

Acai Machine Side Labels:



Naked Juice





Naked Juice



Blue Machine side labels

Naked Juice





Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice



