Naked Juice



Naked Juice

Berry Blast side labels



Naked Juice



Naked Juice



Naked Juice

Protein Zone side labels



Naked Juice





Naked Juice

Protein Zone Double Berry side labels



Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice



Naked Juice





# INGREDIENTS

## Naked Juice

Type: Bottles, Cans and Cartons    Size: 8 fl oz

| Product | Ingredient List |
|---|---|
| **Naked Juice** | |
| Naked Juice - Acai Machine | APPLE JUICE, BANANA PUREE,PLUM PUREE ACAI PUREE (WATER, ACAI PULP), CONCORD GRAPE JUICE FROM CONCENTRATE ( WATER, CONCORD GRAPE JUICE CONCENTRATE), NATURAL FLAVORS, ELDERBERRY EXTRACT, BEET POWER, VITAMIN E (AS ACETATE), BLACK CURRANT POWDER, ASCORBIC ACID (VITAMIN C), BETA CAROTENE (VITAMIN A), GRAPE SEED EXTRACT, SOY LECITHIN, CHOLINE BITARTARATE, D-CALCIUM PANTHOTHENATE (VITAMIN B) |
| Naked Juice - Berry Blast | APPLE JUICE, BANANA PUREE, STRAWBERRY PUREE, BLACKBERRY PUREE, RAPBERRY PUREE, NATURAL FLAVORS |
| Naked Juice - Berry Vegetable Machine | SWEET CHERRY PUREE, PURPLE CARROT JUICE FROM CONCENTRATE (WATER, PURPLE CARROT JUICE CONCENTRATE), RED BEET JUICE FROM CONCENTRATE (WATER, RED BEET JUICE CONCENTRATE), SWEET POTATO PUREE, STRAWBERRY PUREE, PLUM PUREE, SWEET CORN PUREE, APPLE PUREE, CHICKPEA PUREE, LEMON JUICE, INSULIN, NATURAL FLAVORS, ASCORBIC ACID(VITAMIN C), D-ALPHATOCOPHERYL ACETATE (VITAMIN E), NIACINAMIDE, D-CALCIUM PANTHOTHENATE (VITAMIN B5), BETA CAROTENE (VITAMIN A), PYRIDOXINE HYDROCHLORIDE (VITAMIN B6) CYANOCOBALAMIN (VITAMIN B12) |
| Naked Juice - Blue Machine | APPLE JUICE, BANANA PUREE, BLUEBERRY PUREE, FIBERSOL-2 FIBER (MALTODEXTRIN), BLACKBERRY PUREE, NATURAL FLAVORS, FRUIT AND VEGETABLE JUICE FOR COLOR, ASCORBIC ACID (VITAMIN C), VITAMIN E (AS ACETATE) NIACINAMIDE (VITAMIN B3), D-CALCIUM PANTOTHENATE (VITAMIN B5), PYRIDOXINE HYDROCHLORIDE (VITAMIN B6), CYANOCOBALAMIN (B12) |
| Naked Juice - Coconut Water | COCONUT WATER. |
| Naked Juice - Coconut Water - Lychee | COCONUT WATER, LYCHEE PUREE, NATURAL FLAVORS |
| Naked Juice - Coconut Water - Mango Peach | COCONUT WATER, MANGO PUREE,PEACH PUREE, NATURAL FLAVORS. |
| Naked Juice - Coconut Water - Pineapple | COCONUT WATER, PINEAPPLE JUICE, NATURAL FLAVORS |
| Naked Juice - Gold Machine | APPLE JUICE, PINEAPPLE JUICE, GOLDEN KIWI PUREE, BANANA PUREE, PASSION FRUIT JUICE, NATURAL FLAVORS, ASCORBIC ACID (VITAMIN C), D-ALPHA TOCOPHERYL ACETATE (VITAMIN E), BETA CAROTENE (VITAMIN A), GRAPE SEED EXTRACT, ZINC METHIONINE, PYRIDOXINE, HYDROCHLORIDE (VITAMIN B6), BIOTIN, CYANOCOBALAMIN (B12) |
| Naked Juice - Green Machine | APPLE JUICE, MANGO PUREE, PINEAPPLE JUICE, BANANA PUREE, KIWI PUREE, SPIRULINA, NATURAL FLAVORS, CHLORELLA, BROCCOLI, SPINACH, BARLEY GRASS, WHEAT GRASS, PARSLEY, GINGER ROOT, BLUE GREEN ALGAE, ODORLESS GARLIC |
| Naked Juice - Mango Veggie | MANGO PUREE, YELLOW CARROT JUICE FROM CONCENTRATE (WATER, YELLOW CARROT JUICE CONCENTRATE), SWEET POTATO PUREE, SWEET CORN PUREE, APPLE PUREE, BUTTERNUT SQUASH PUREE, CHICK PEA PUREE, LEMON JUICE, INULIN, NATURAL FLAVORS, ASCORBIC ACID (VITAMIN C), D-ALPHA TOCOPHERYL ACETATE (VITAMIN E), NIACINAMIDE, D-CALCIUM PANTOTHENATE (VITAMIN B5), BETA CAROTENE (VITAMIN A), PYRIDOXINE HYDROCHLORIDE (VITAMIN B6), CYANOCOBALAMIN (VITAMIN B12) |
| Naked Juice - Mighty Mango | MANGO PUREE, APPLE JUICE, ORANGE JUICE, BANANA PUREE, LEMON JUICE, NATURAL FLAVORS |
| Naked Juice - Orange Carrot | ORANGE JUICE, CARROT JUICE, APPLE JUICE, MANGO PUREE, APPLE PUREE, BANANA PUREE, LEMON JUICE, NATURAL FLAVORS |
| Naked Juice - Orange Juice | ORANGE JUICE |
| Naked Juice - Orange Mango | ORANGE JUICE, APPLE JUICE, MANGO PUREE, BANANA PUREE, NATURAL FLAVORS |
| Naked Juice - Pomegranate Acai | POMEGRANATE JUICE FROM CONCENTRATE (WATER, POMEGRANATE JUICE CONCENTRATE), APPLE JUICE, RED GRAPE JUICE FROM CONCENTRATE (WATER, RED GRAPE JUICE CONCENTRATE), WHITE GRAPE JUICE FROM CONCENTRATE (WATER, WHITE GRAPE JUICE CONCENTRATE), BANANA PUREE, ACAI PUREE, ACAI PULP), NATURAL FLAVORS, SOY LECITHIN |
| Naked Juice - Pomegranate Blueberry | POMEGRANATE JUICE FROM CONCENTRATE (WATER, POMEGRANATE JUICE CONCENTRATE), RED GRAPE JUICE FROM CONCENTRATE (WATER, RED GRAPE JUICE CONCENTRATE), WHITE GRAPE JUICE FROM CONCENTRATE (WATER, WHITE GRAPE JUICE CONCENTRATE), APPLE JUICE, BLUEBERRY PUREE, NATURAL FLAVORS |
| Naked Juice - Power-C Machine | APPLE JUICE, MANGO PUREE, ORANGE JUICE, GUAVA PUREE, PEACH PUREE, STRAWBERRY PUREE, ASCORBIC ACID (VITAMIN C), NATURAL FLAVORS, ACEROLA JUICE POWDER, CITRUS BIOFLAVONOIDS, ROSEHIPS POWDER, ZINC OXIDE |
| Naked Juice - Protein Zone | APPLE JUICE, BANANA PUREE, ORANGE JUICE, PINEAPPLE JUICE, WHEY PROTEIN CONCENTRATE, SOY PROTEIN ISOLATE, COCONUT MILK EXTRACT, SOY LECITHIN, NATURAL FLAVORS, ASCORBIC ACID (VITAMIN C), CONTAINS MILK AND SOY INGREDIENTS |
| Naked Juice - Protein Zone Double Berry | APPLE JUICE, BANANA PUREE, STRAWBERRY PUREE, SOY PROTEIN ISOLATE, WHEY PROTEIN CONCENTRATE, BLUEBERRY PUREE, SOY LECITHIN, FRUIT AND VEGETABLE JUICE FOR COLOR, NATURAL FLAVORS, ASCORBIC ACID(VITAMINC), CONTAINS MILK AND SOY INGREDIENTS |
| Naked Juice - Protein Zone Mango | APPLE JUICE, MANGO PUREE, ORANGE JUICE, BANANA PUREE, SOY PROTEIN ISOLATE, WHEY PROTEIN CONCENTRATE, SOY LECITHIN, NATURAL FLAVORS, ASCORBIC ACID (VITAMIN C), VITAMIN E (AS ACETATE), BETA CAROTENE FOR COLOR (VITAMIN A), CONTAINS MILK AND SOY INGREDIENTS |
| Naked Juice - Red Machine | APPLE JUICE, STRAWBERRY PUREE, ORANGE JUICE, BANANA PUREE, RASPBERRY PUREE, RED GRAPE JUICE FROM CONCENTRATE (WATER, RED GRAPE JUICE CONCENTRATE), POMEGRANATE JUICE FROM CONCENTRATE (WATER, POMEGRANATE JUICE CONCENTRATE), CRANBERRY JUICE FROM CONCENTRATE ( WATER, CRANBERRY JUICE CONCENTRATE) FLAX SEED, FRUIT JUICE FOR COLOR, NATURAL FLAVORS, PYRIDOXINE HYDROCHLORIDE ( VITAMIN B6) CYANOCOBALAMIN (VITAMIN B12) |
| Naked Juice - Reduced Calorie Citrus Lemongrass | Ingredient Information unavailable for this product, please visit nakedjuice.com |
| Naked Juice - Reduced Calorie Lychee | COCONUT WATER, APPLE JUICE, MANGO PUREE, ORANGE JUICE, PEACH PUREE, LYCHEE PUREE, NATURAL FLAVORS |
| Naked Juice - Reduced Calorie Peach Guava | COCONUT WATER, PEACH PUREE, APPLE JUICE, ORANGE JUICE, MANGO PUREE, GUAVA PUREE, NATURAL FLAVORS, FRUIT AND VEGETABLE JUICE FOR COLOR |
| Naked Juice - Reduced Calorie Tropical | COCONUT WATER, APPLE JUICE, PINEAPPLE JUICE, MANGO PUREE, ORANGE JUICE, ACEROLA CHERRY PUREE, PASSION FRUIT JUICE, NATURAL FLAVORS |
| Naked Juice - Strawberry Banana | STRAWBERRY PUREE, APPLE JUICE, BANANA PUREE, ORANGE JUICE, NATURAL FLAVORS |
| Naked Juice - Tropical Mango Probiotic | APPLE JUICE, MANGO PUREE, ORANGE JUICE, PINEAPPLE JUICE, BANANA PUREE, FRUCTOOLIGOSACCHARIDES, NATURAL FLAVORS,BIFIDOBACTERIUM. CONTAINS MILK INGREDIENTS |

Ex. 3-1