UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SARA SANDYS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAKED JUICE COMPANY [sic], a California corporation; PEPSICO INC., a New York corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No. LA CV11-08007-JAK (PLAx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONSOLIDATE RELATED CLASS ACTIONS** |

1       Having considered Defendants' Motion to Consolidate Related Class Actions, the parties' papers, the facts, and the law, the Court determines that consolidation will promote fairness and judicial efficiency and avoid unnecessary cost and delay. After giving due consideration to competing factors, the Court exercises its discretion and **GRANTS** Defendants' Motion to Consolidate Related Class Actions.

      Accordingly, **IT IS ORDERED THAT**:

      (1) The above-entitled action and the following three related actions are hereby consolidated for all purposes, including discovery, pretrial proceedings, and trial, pursuant to Federal Rule of Civil Procedure 42(a): *Pappas v. Naked Juice Co. of Glendora, Inc.*, No. LA CV-11-08276 JAK (PLA); *Marchewka v. Naked Juice Co. of Glendora, Inc.*, No. LA CV-11-01701 JAK (PLA); and *Evans v. Naked Juice Co. of Glendora, Inc.*, No. LA CV-11-9412-GW (PJWx);

      (2) The consolidated action shall be captioned *In re Naked Juice Products Litigation*, Case No. 2:11-cv-08007-JAK-PLA, the files of this action shall be maintained in one file, namely Case No. LA CV11-08007-JAK (PLAx), and this docket shall constitute the master docket for the consolidated action; and

      (3) Plaintiff's counsel in each of the cases now consolidated are ordered to meet and confer to draft and file a master consolidated complaint, which they must jointly file within 45 days from the date of this order—provided, however, that if one or more counsel for Plaintiffs moves for appointment of lead counsel within the next 45 days, then Plaintiffs' counsel are relieved from this requirement and the procedure and time for filing a master consolidated complaint will be determined by separate order.

      **IT IS FURTHER ORDERED THAT:**

      (1) Any other related actions now pending or subsequently filed in, or transferred to, this District pursuant to the Court's Local Rules and General Orders shall be consolidated into this action for all purposes;

Gibson, Dunn & Crutcher LLP

1

(2) Whenever a case that should be consolidated into this action is filed in, or transferred to, this District, the Defendants are directed to file a notice of related cases pursuant to Local Civil Rule 83-1.3 in the master docket, Case No. LA CV11-08007-JAK (PLAx), as well as in the docket of the new related case; and

(3) Promptly thereafter, the Clerk shall file this Order in the docket of the new related case, which will consolidate the new related case into the consolidated action created above, *In re Naked Juice Products Litigation*, Case No. LA CV11-08007-JAK (PLAx).

**IT IS SO ORDERED.**

Dated: _____    _____
                                     The Hon. John A. Kronstadt
                                    UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP

2