GIBSON, DUNN & CRUTCHER LLP
Daniel W. Nelson (*Pro Hac Vice* app. forthcoming)
DNelson@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202-955-8500
Fax: 202-530-4238

Christopher Chorba (SBN 216692)
CChorba@gibsondunn.com
Dhananjay S. Manthripragada (SBN 254433)
DManthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7000
Fax: 213-229-7520

Attorneys for Defendants Naked Juice Co. of Glendora, Inc. and PepsiCo, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SARA SANDYS, | Case No. LA CV11-08007-JAK (PLAx) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| NAKED JUICE COMPANY [sic], a California corporation; PEPSICO INC., a New York corporation; and DOES 1-10, | |
| Defendants. | Action filed: September 27, 2011 |

# CERTIFICATE OF SERVICE

I, Thomas H. Jackson, certify as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action. My business address is 333 South Grand Avenue, Los Angeles, California, 90071-3197, in said County and State. I certify that on the date indicated below, I electronically transmitted to the Clerk and to each of the persons named below, who are registered as CM/ECF Users and have consented to electronic service, the following documents using the CM/ECF System:

**DEFENDANTS' NOTICE AND MOTION TO CONSOLIDATE RELATED CLASS ACTIONS, AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES;**

**SUPPORTING DECLARATION OF CHRISTOPHER CHORBA IN SUPPORT OF DEFENDANTS' MOTION TO CONSOLIDATE RELATED CLASS ACTIONS;**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONSOLIDATE RELATED CLASS ACTIONS**

| **Attorneys for Plaintiff Sandys** | | |
|---|---|---|
| Yvette Golan<br>The Golan Law Firm<br>1919 Decatur St.<br>Houston, Texas 77007<br>Tel.: (866) 298-4150<br>Fax: (928) 441-8250<br>ygolan@tgfirm.com | Christopher L. Gadoury<br>Berg & Androphy<br>3704 Travis<br>Houston, TX 77002-9550<br>Tel.: (713) 529-5622<br>Fax: (713) 529-3785<br>CGadoury@bafirm.com | Shirish Gupta<br>Flashpoint Law, Inc.<br>18662 MacArthur Blvd.<br>2nd Floor<br>Irvine, CA 92612<br>Tel.: (650) 539-4019<br>Fax: (866) 936-1530<br>sgupta@flashpointlaw.com |

| **Attorneys for Plaintiff Pappas** |
|---|
| Robert Ahdoot<br>Tina Wolfson<br>Bradley K. King<br>Theodore W. Maya<br>Ahdoot & Wolfson PC<br>10850 Wilshire Boulevard, Suite 370<br>Los Angeles, CA 90024<br>Tel.: (310) 474-9111<br>Fax: (310) 474-8585<br>rahdoot@ahdootwolfson.com<br>twolfson@ahdootwolfson.com<br>bking@ahdootwolfson.com<br>tmaya@ahdootwolfson.com |

Gibson, Dunn & Crutcher LLP

1

| **Attorneys for Plaintiff Marchewka** ||
|---|---|
| Rosemary M. Rivas<br>Danielle A. Stoumbos<br>FINKELSTEIN THOMPSON LLP<br>100 Bush Street, Suite 1450<br>San Francisco, CA 94104<br>Tel.: (415) 398-8700<br>Fax: (415) 398-8704<br>rrivas@finkelsteinthompson.com<br>dstoumbos@finkelsteinthompson.com | Tracy D. Rezvani<br>Robert O. Wilson<br>FINKELSTEIN THOMPSON LLP<br>1070 30th Street NW, Suite 150<br>Washington, DC 20007<br>Tel.: (202) 337-8000<br>Fax: (202) 337-8090<br>trezvani@finkelsteinthompson.com<br>rwilson@finkelsteinthompson.com |
| **Attorneys for Plaintiff Evans** ||
| Christopher P. Ridout<br>Devon M. Lyon<br>Caleb Marker<br>Ridout & Lyon, LLP<br>555 E. Ocean Blvd. Suite 500<br>Long Beach, CA 90802<br>Tel.: (562) 216-7380<br>Fax: (562) 216-7385<br>c.ridout@ridoutlyonlaw.com<br>d.lyon@ridoutlyonlaw.com<br>c.marker@ridoutlyonlaw.com ||

I further certify that on the date indicated below, I caused each such document to be transmitted by PDF format via electronic mail to the parties and electronic mail addresses named above, and that the transmission was reported complete and without error. The foregoing document was printed on recycled paper.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 21, 2011                                              /s/
                                                                                          Thomas H. Jackson