1

BERG & ANDROPHY
DAVID BERG (*pro hac vice* to be filed)
CHRIS GADOURY (*pro hac vice* to be filed)
3704 Travis St.
Houston, TX 77002
Telephone: (713) 529-5622
dberg@bafirm.com
cgadoury@bafirm.com

2

3

4

5

THE GOLAN LAW FIRM
YVETTE GOLAN (*by pro hac vice*)
1919 Decatur St.
Houston, TX 77007
Telephone: (866) 298-4150 ext. 101
ygolan@tgfirm.com

6

7

8

9

FLASHPOINT LAW, INC.
SHIRISH GUPTA (SBN 205584)
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
Telephone: (650) 539-4019
sgupta@flashpointlaw.com

10

11

12

Attorneys for Plaintiff Sara Sandys

13

14

## UNITED STATES DISTRICT COURT

15

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

16

17

SARA SANDYS and all others similarly situated,

18

Plaintiff,

19

v.

20

NAKED JUICE COMPANY, a California corporation; PEPSICO INC., a New York corporation; and DOES 1-100,

21

22

Defendants.

Case No. LA CV11-08007-JAK (PLAx)

**DECLARATION OF DAVID BERG IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER APPOINTING INTERIM LEAD CLASS COUNSEL AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**

Hearing
Date:    December 19, 2011
Time:    1:30 p.m.
Place:    Courtroom 750, 7th Floor

Action Filed: September 27, 2011

23

24

25

26

27

28

DECLARATION OF DAVID BERG

**DECLARATION OF DAVID BERG**

I, David Berg, declare as follows:

1.      I am the founding partner of Berg & Androphy, counsel for the plaintiff, along with Yvette Golan of the Golan Law Firm (collectively the "B&A Group"), in *Sandys v. Naked Juice Co., et al.*, Case No. LA CV11-08007-JAK, filed on September 27, 2011 in the United States District Court for the Central District of California.  The following statements are based on my personal knowledge and the records of the B&A Group.  If called to testify as a witness, I could and would competently testify thereto.

2.      After the B&A Group filed suit in *Sandys*, three subsequent lawsuits were later filed.  On November 21, 2011, counsel for these three later-filed lawsuits (hereinafter the "Pappas Group") filed a joint motion to consolidate all four cases and for the Pappas Group to be appointed interim co-lead class counsel.  Their Motion was not filed in the *Sandys* action, but in the *Pappas* action. I submit this declaration in support of the B&A Group's appointment as interim lead class counsel, which is filed today in conjunction with Sandys Opposition to Defendants' Motion to Consolidate the Related Class Actions.

**I.      The B&A Group conducted the original investigation in this litigation and has performed a substantial amount of work in identifying potential claims.**

3.      As counsel in the first action to be filed, the B&A Group conducted the original investigation that first identified the factual and legal claims forming the basis of all the later-filed actions.  The complaint in *Sandys* was based on an extensive factual and legal investigation.

4.      The B&A Group investigated and analyzed the claims made by the Defendants on Naked Juice packaging and the non-juice and non-"all natural" ingredients contained in Naked Juice products.  The B&A Group analyzed the non-juice and non-"all natural" ingredients by conducting research using scientific texts, government documents from the Food and Drug

1

Administration and the Department of Agriculture, food-related public interest groups, and publicly available information from the Defendants.  In addition, the B&A Group has also consulted with experts, compared Naked Juice ingredients and labels with similar products, and has retained experts to conduct scientific testing on Naked Juice products.

5.    Further, the B&A Group conducted a thorough legal analysis regarding the applicability and viability of each substantive cause of action asserted and each required element of class certification.  The B&A Group also conducted extensive research regarding federal food-related regulations, FDA policy, and common law precedent on food-labeling issues.  The B&A Group continues to further investigate and develop the claims asserted in *Sandys*.

6.    As a result, the Complaint prepared by the B&A Group in *Sandys* was the result of an independent, methodical investigation that did not rely on any previously filed lawsuit or prior government investigation.  Based on this investigation, I believe that the B&A Group will adequately and fairly represent the class.

**II.    The B&A Group has extensive experience in trying and litigating complex litigation, including class actions.**

7.    I am an attorney at law licensed to practice in the states of Texas and New York, as well as various federal district and appellate courts. Originally founded in 1968, Berg & Androphy is currently an eleven-attorney litigation and trial boutique headquartered in Houston, with satellite virtual offices in New York, Philadelphia, Washington, D.C., and Denver. In 1970, at the age of 28 and only eighteen months after opening the Firm that is now B&A, I argued and won a case in the United States Supreme Court, reversing a client's conviction for his part in an anti-war demonstration, striking down a federal statute prohibiting the wearing of "distinctive parts of an armed forces uniform" and legitimizing "guerrilla theater" as a form of protest. *United States v. Schacht*, 90 S.Ct. 1555, 398 U.S. 58 (1970).

8.      Since then, I have tried virtually every kind of civil and criminal case to a verdict, from murder to patent infringement, representing plaintiffs and defendants throughout the country. Representing plaintiffs, I have won hundreds of millions of dollars in verdicts and settlements, and this figure is over $1 billion when B&A's recoveries in *qui tam* actions are included.   In 2003, I authored **THE TRIAL LAWYER: WHAT IT TAKES TO WIN**, a practice guide on trial practice and procedure, which has become one of the ABA's best selling books. As of 2011, **BEST LAWYERS IN AMERICA** has recognized me in 9 separate categories of litigation. In 2010, B&A partner Joel Androphy was named among the nation's top 75 plaintiff's lawyers by AmLaw Daily.

9.      Christopher Gadoury, a partner at B&A, graduated *cum laude* from the University of Houston Law Center in 2001. Mr. Gadoury practices in the areas of complex commercial litigation, securities and shareholder litigation, white collar criminal defense, class actions, and appeals.   Prior to joining B&A as an associate in 2007, Mr. Gadoury worked in the Houston office of Susman Godfrey LLP, another nationally-reputed law firm with a history of exemplary success in class actions.   Among other matters, Mr. Gadoury defended Wal-Mart in a class action based on alleged gender-based employment discrimination.

10.      B&A specializes in complex civil and criminal litigation, representing plaintiffs and defendants in litigation involving breach of contract, breach of fiduciary duty, securities and shareholder litigation, class actions, intellectual property litigation, trade secrets, and other business torts. A representative sample of the Firm's past and current clients include Westinghouse, CBS, Samsung, Robert Bass' Acadia Partners, L.P., Deutsche Bank, Credit Suisse, XO Communications Inc.'s Special Committee of Independent Directors and other major companies.   Attached as Exhibit 1 to this declaration is a more detailed overview of B&A, its practice areas, and results.

11.    B&A has represented both plaintiffs, as lead class counsel, and defendants in class actions, including:

(a) In 2011, David Berg and B&A successfully represented Defendant XO Communications' Special Committee of Independent Directors in New York Supreme Court in a class action and shareholder derivative action to enjoin going-private sale to majority shareholder Carl Icahn. Justice Charles E. Ramos denied the injunction on August 18, 2011 and the sale was concluded.   The Firm continues to defend the XO Special Committee of Independent Directors against the class action and derivative allegations seeking damages.

(b) In 2006, Joel Androphy, B&A, and co-counsel successfully represented Defendant Credit Suisse Securities in the El Paso Corporation securities fraud class action litigation; claims against Credit Suisse were dismissed.

(c) In 2005, David Berg and B&A successfully represented Defendant Deutsche Bank as co-lead counsel in Enron class action litigation in the Southern District of Texas.  United States District Judge Melinda Harmon granted summary judgment, dismissing the claims against Deutsche Bank.

(d) In 2004, Geoffrey Berg and B&A served as lead counsel for Plaintiffs in a five state class action against SBC Communications, Inc. and related entities alleging misrepresentations related to SBC's DSL service. The case settled for more than $5,600,000 with an additional $1,200,000 award for fees and expenses. Cause No. 00-4540-E; *McLaughlin, et al. v. SBC Communications, Inc., et al.*; In the 347th Judicial District Court, Nueces County, Texas.

(e) In 1999, David Berg and B&A obtained a $420 Million settlement as lead class counsel on behalf of thousands of limited partners who were hotel franchisees, alleging fraud and breach of fiduciary duty against   Marriott International and Host Marriott. Cause No. 96-CI-08327; *A.R. Milkes and D.R. Burklew, et al. v. Host Marriott Corp., et al.*; 285th Judicial District Court of Bexar County, Texas.

Some other examples of B&A's successes in complex civil litigation include:

(a) In 2010, David Berg and B&A successfully represented Plaintiff Anthony G. Petrello in a lawsuit filed in the Eastern District of New York in 2001 seeking specific enforcement of a 1998 Contract of Sale of 10 oceanfront acres in Sagaponack, New York.  After a long procedural battle, United States District Judge Dennis Hurley ordered the property transferred to Petrello and his order was affirmed after argument in the Second Circuit Court of Appeals in 2009.  The property was finally transferred to Petrello in July 2010.

(b) In 2004, David Berg and B&A obtained a confidential settlement for the plaintiffs in *Bidland v. Telefonica*, in which an online company sought $120 million in damages for fraud, breach of fiduciary duty, and misappropriation of trade secrets resulting from an aborted joint venture with Latin America's largest telecommunications company. The case was filed in the Southern District of California, San Diego Division.

(c) 2003: David Berg and B&A obtained a $4.6 million jury verdict for basketball

4

sports agent Eric Fleisher and his company, Assist Sports Management in the New York Supreme Court. The jury found that the former president of Fleisher's company breached his fiduciary duty by unlawfully taking such superstar clients as Kevin Garnett when he left to join another agency. Case settled before appeal.

(d) In 1998, David Berg and B&A obtained a jury verdict in district court in Orange County, Florida piercing the corporate veil of a Florida land developer, resulting in a $52 million recovery for the client, Acadia Partners, L.P., the private investment group of Texan Robert Bass. The suit, filed against a Florida real estate developer and his law firm (which settled prior to trial), alleged fraud in inducing Acadia to invest in his business. Verdict affirmed on appeal.

(e) In 1998, David Berg and B&A successfully represented Samsung as defendant in patent infringement case filed in the Eastern District of Virginia that had threatened its billion dollar liquid crystal displays for laptop computers. Following an eight-day evidentiary hearing, United States District Judge T.S. Ellis held that the plaintiff had fraudulently obtained his patent and dismissed the lawsuit. That decision was affirmed on appeal.

(f) In 1995, David Berg and B&A represented Westinghouse as lead counsel in a suit brought by the South Texas Nuclear Project alleging fraud by Westinghouse in its sale of nuclear steam generators. After five months of trial, the parties reached a favorable confidential settlement.

12.     Similarly, B&A is one of the nation's leading firms in bringing *qui tam* actions under the False Claim Act to recover for fraud committed against federal and state governments. To date, B&A has recovered hundreds of millions of dollars for the whistleblowers it represents and federal and state governments. B&A currently serves as lead counsel in numerous *qui tam* actions currently filed and under seal.   Some of the Firm's recent successes in recovering damages for whistleblowers and governments include:

(a)   $1.350 billion in total recovered in representing one of nine whistleblowers against Eli Lilly in a *qui tam* action involving off-label marketing of the drug Zyprexa. This civil settlement netted the government and all whistleblowers about $750 million. The government also received an additional $600 million in criminal fines.

(b) $119 million for the government and whistleblower recovered in representing a whistleblower against King Pharmaceuticals in a qui tam action in U. District Court. The case involved the underpayment of Medicaid rebates, false claims, and best price violations.

(c) $45 million recovered for whistleblowers and government in a qui tam action in U.S. District Court against Pfizer. The case involved the underpayment of Medicaid rebates, false claims and best price violations for the drug Lipitor.

(d) $13.7 million recovered for whistleblower and government in a qui tam action

5

---

DECLARATION OF DAVID BERG

against American Grocers in United States District Court. The case involved the alteration of expiration dates on food products sent to American troops in the Middle East.

(e) $1.78 million recovered for whistleblowers and government in a qui tam action against Rotech for false or fraudulent conduct in billing Medicare for durable medical equipment. The government declined intervention.

13.     As set forth above and in Exhibit 1, B&A is a nationally-recognized firm specializing in complex litigation. My colleagues and I have many years of experience in successfully prosecuting claims for fraud, including in the class action context. Thus, the B&A Group has the requisite experience and knowledge to adequately represent the class.

**III.     The B&A Group is well versed in the applicable law.**

14.     The B&A Group has extensive knowledge regarding both the common law and statutory causes of actions asserted in this case.  As explained above and detailed in Exhibit 1, B&A has vast experience in prosecuting claims for fraud, breach of contract and warranty, negligence, negligent misrepresentation, assault and battery, and other similar claims.  B&A has represented plaintiffs – individually, in class actions, and whistleblowers on behalf of the government in *qui tam* cases – based on fraudulent misrepresentations and other deceptive conduct and has recovered over $1 billion in such cases.   The B&A Group will continue to use such skill and knowledge in prosecuting this case.

15.     Moreover, the B&A Group also has experience in litigating cases governed under California law and has conducted extensive legal research regarding both the California common law and statutory claims asserted in this case. In addition, the B&A Group has engaged local California counsel that is well-versed in California law.  Based on the B&A Group's experience, knowledge, research, and assistance from local counsel, the B&A Group has sufficient knowledge of the applicable law to adequately represent the class.

**IV.     The B&A Group will commit the necessary financial resources, staffing, and time to adequately represent the class.**

6

*DECLARATION OF DAVID BERG*

16.     The B&A Group will commit all necessary resources required to zealously prosecute this action and adequately represent the class – including expending financial resources, properly staffing, committing sufficient time. B&A's enormous success in obtaining over $1 billion in verdicts and settlements not only provides B&A with the financial resources to prosecute actions of this nature, but it also enables B&A to be extremely selective in what cases it accepts to handle. For every case in which the Firm chooses to accept representation, B&A likely turns down a dozen – and never churns through cases in an assembly-line fashion.  As a result, this high degree of selectivity ensures that the Firm is never stretched too thin in terms of staffing, manpower, and ability to consistently provide the highest degree of legal representation and professional service to its clients.

17.     On November 14, 2011, I participated in a conference call with Ms. Golan and the attorneys from the Pappas Group.  Counsel for the Pappas Group is correct: the call did not go well, but not for the reasons stated and none of which warrant a response.  The question is: who is best equipped to pursue the rights and interests of class members?  We urge the court to compare our credentials and assure the Court that, if chosen as interim lead class counsel, the B&A Group will work cooperatively with everyone.


I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 27th day of November 2011 in Wainscott, New York.


___/s/ David Berg____
David Berg


7
DECLARATION OF DAVID BERG

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

## EXHIBIT 1 TO DECLARATION OF DAVID BERG

18

19

20

21

22

23

24

25

26

27

28

**Berg & Androphy Firm Overview**

Berg & Androphy tries big cases – specializing in a nationwide practice of complex civil and criminal litigation. Over the years, the Firm's lawyers, as both plaintiff and defense counsel, have represented Westinghouse, CBS, Samsung, Robert Bass' Acadia Partners, L.P., XO Communications, Inc.'s Special Committee of Independent Directors, Deutsche Bank, Credit Suisse, and other major companies in cases ranging from a dispute over nuclear steam generators to a billion dollar patent infringement case to complex securities class actions.

In addition, B&A has represented individuals throughout the United States in class action litigation and in *qui tam* cases against large multinational companies that have defrauded federal and state governments. B&A has also represented victims of catastrophic personal injuries, and executives and others accused of white collar crime.  Originally founded in 1968, B&A is currently an eleven-attorney litigation and trial boutique headquartered in Houston, with satellite offices in New York, Philadelphia, Washington, D.C., and Denver.

**Complex Commercial Litigation**

B&A has represented plaintiffs and defendants across the country in a wide range of complex civil matters, including cases involving breach of contract, breach of fiduciary duty, securities fraud, shareholder derivative claims, patent infringement, trade secrets, and other business torts.

Founding partner David Berg is the author of **THE TRIAL LAWYER: WHAT IT TAKES TO WIN**, a practice guide on trial practice and procedure, which has become one of the ABA's best selling books. In addition, Berg has published a myriad of articles in publications such as Litigation Magazine, the American Lawyer, the New York Times, the Los Angeles Times, the Houston Chronicle, and the Texas Lawyer. As of 2011, **BEST LAWYERS IN AMERICA** has recognized me in 9 separate categories of litigation. In 2010, B&A partner Joel Androphy was named among the nation's top 75 plaintiff's lawyers by AmLaw Daily.   Some examples of the Firm's representative cases in this area include:

• 2010: David Berg and B&A successfully represented Plaintiff Anthony G. Petrello in a lawsuit filed in the Eastern District of New York in 2001 seeking specific enforcement of a 1998 Contract of Sale of 10 oceanfront acres in Sagaponack, New York.  After a long procedural battle, United States District Judge Dennis Hurley ordered the property transferred to Petrello and his order was affirmed after argument in the Second Circuit Court of Appeals in 2009.  The property was finally transferred to Petrello in July 2010.

• 2007: While a motion for summary judgment was pending, Geoffrey Berg obtained a favorable settlement for a film production company in a suit by a woman who claimed that an actress employed by the client had used her name without authorization in an adult film produced by the client. Cause No. 2007-38998; *Syvette Wimberly v. Vivid Entertainment Group and Lara Madden*; In the 234th Judicial District Court of Harris County, Texas.

• 2006: Geoffrey Berg achieved a successful mandamus in the Supreme Court of Texas compelling the inclusion of a Democratic judicial candidate on the ballot against an otherwise unopposed Republican incumbent. The Republican incumbent was represented by former Supreme Court Chief Justice Tom Phillips. In Re Jim Sharp, 186 S.W.3d 556 (Tex. 2006).

• 2009: David Berg and B&A successfully represented the City of Houston, *pro bono*, against CES Environmental Services, Inc. for nuisance claims after numerous explosions spread debris and toxic fumes in an adjoining neighborhood.  Shortly after B&A filed suit, CES closed the plant and moved it outside the city.

• 2006: David Berg represented Defendant XO Communications' Special Committee of Independent Directors in Delaware Chancery Court in case seeking to enjoin a corporate transaction. Case settled.

• 2005:  David Berg successfully represented the City of Houston, *pro bono*, in obtaining an unprecedented agreement with Texas Petrochemicals LP, under the terms of which TPC agreed to halve its production of the carcinogen, 1,3 butadiene, and all but end its effect on surrounding neighborhoods.

• 2004: David Berg obtained a confidential settlement for the plaintiffs in *Bidland v. Telefonica*, in which an online company sought $120 million in damages for fraud, breach of fiduciary duty, and misappropriation of trade secrets resulting from an aborted joint venture with Latin America's largest telecommunications company. The case was filed in the Southern District of California, San Diego Division.

• 2003: David Berg obtained a $4.6 million jury verdict for basketball sports agent Eric Fleisher and his company, Assist Sports Management in the New York Supreme Court. The jury found that the former president of Fleisher's company breached his fiduciary duty by unlawfully taking such superstar clients as Kevin Garnett when he left to join another agency. Case settled

11

before appeal.

• 2000:  Joel Androphy and B&A represented the plaintiff in a complex, multimillion dollar civil antitrust action involving the ready-mix cement industry, obtaining a substantial, confidential settlement.

• 1999: David Berg settled a $100 million dispute for Plaintiff Interamericas Financial Holding Company in district court in Galveston, Texas.

• 1999: David Berg negotiated a confidential settlement with the Menil Foundation on behalf of a former Board Member.

• 1999: B&A defended a Houston radio station in a suit for slander and libel. The suit was dismissed on the defendant's motion. Civil Action No. 99-4030; *Melendres v. Infinity Broadcasting Corporation*; In the United States District Court for the Southern District of Texas, Houston Division.

• 1998: David Berg obtained a jury verdict in district court in Orange County, Florida piercing the corporate veil of a Florida land developer, resulting in a $52 million recovery for the client, Acadia Partners, L.P., the private investment group of Texan Robert Bass. The suit, filed against a Florida real estate developer and his law firm (which settled prior to trial), alleged fraud in inducing Acadia to invest in his business. Verdict affirmed on appeal.

• 1998: David Berg successfully represented Samsung as defendant in patent infringement case filed in the Eastern District of Virginia that had threatened its billion dollar liquid crystal displays for laptop computers. Following an eight-day evidentiary hearing, United States District Judge T.S. Ellis held that the plaintiff had fraudulently obtained his patent and dismissed the lawsuit. That decision was affirmed on appeal.

• 1996: David Berg successfully represented Samsung Electronics in a case against Texas Instruments, in Judge Brady Elliot's district court in Fort Bend County, Texas which alleged

fraud by TI related to a high-tech royalty agreement. The case settled before jury arguments, with TI agreeing to reduce Samsung's royalty payments by fifty percent, increase its patent coverage from 35% to 80% of all TI patented products, and to dismiss nine patent infringement cases against Samsung world-wide.

• 1995: David Berg obtained a multi-million dollar settlement in a mass action, representing the limited partners of the Chesapeake Limited Partnerships, against Marriott Corporation, alleging fraud in the inducement of hotel franchise agreements.

• 1995: David Berg represented Westinghouse as lead counsel in a suit brought by the South Texas Nuclear Project alleging fraud by Westinghouse in its sale of nuclear steam generators. After five months of trial, the parties reached a favorable confidential settlement.

• 1994: David Berg negotiated a $4.25 million settlement for the survivors and estate of a young mother, Katrina Maria Uribe, a Mexican national, who had come to El Paso to give birth to her second child. She was shot and killed in the presence of her family, when an employee of E-Systems, Inc., a CIA-funded defense contractor, fired his semiautomatic weapon from an adjoining hotel room.

• 1992: David Berg represented Plaintiff Mercedes Khajavi against a Houston doctor in medical malpractice case and obtained a jury verdict of $500,000.

• 1991: David Berg obtained a record-setting $12.5 million jury verdict for surviving family members of a young mother killed in a train-car collision.

• 1991: David Berg obtained a unanimous verdict for Robert Sakowitz, Houston's "Merchant Prince," who had been accused in a civil suit of fraud and mismanagement of his father's estate.

• 1990: As co-counsel, David Berg obtained a $19 million jury verdict against local law firm.

### *Qui Tam* Litigation

B&A is one of the nation's preeminent law firms practicing *qui tam* litigation in which it has represented individual whistleblowers in recovering hundreds of millions of dollars in settlements and fines for fraud committed against the federal and various state governments. Some of the Firm's recent successes in recovering damages for whistleblowers and governments include:

• $1.350 billion in total recovered in representing one of nine whistleblowers against Eli Lilly in a *qui tam* action involving off-label marketing of the drug Zyprexa. This civil settlement netted the government and all whistleblowers about $750 million. The government also received an additional $600 million in criminal fines.

• $119 million for the government and whistleblower recovered in representing a whistleblower against King Pharmaceuticals in a *qui tam* action in U. District Court. The case involved the underpayment of Medicaid rebates, false claims, and best price violations.

• $45 million recovered for whistleblowers and government in a *qui tam* action in U.S. District Court against Pfizer. The case involved the underpayment of Medicaid rebates, false claims and best price violations for the drug Lipitor.

• $13.7 million recovered for whistleblower and government in a *qui tam* action against American Grocers in United States District Court. The case involved the alteration of expiration dates on food products sent to American troops in the Middle East.

• $1.78 million recovered for whistleblowers and government in a *qui tam* action against Rotech for false or fraudulent conduct in billing Medicare for durable medical equipment. The government declined intervention.

In addition to these settlements, B&A is currently lead counsel in two *qui tam* cases and co-counsel in another, filed in Houston, Philadelphia, and Boston that the Firm is prosecuting

14

DECLARATION OF DAVID BERG

without government participation.  The Firm is also lead counsel in numerous *qui tam* cases currently under seal that involve fraud in the health care, pharmaceutical, and defense procurement industries.  Furthermore, B&A currently represents whistleblowers in proceedings to report and recover damages for fraud before the Securities Exchange Commission and the Internal Revenue Service.

B&A partner Joel Androphy is the author of one of the leading treatises on *qui tam* litigation, entitled **FEDERAL FALSE CLAIMS ACT AND QUI TAM LITIGATION**, published by Law Journal Press (2010).  The Firm's lawyers have also published numerous articles in various publications, including the ABA Journal, the False Claims Act & Qui Tam Quarterly Review, the Houston Lawyer, the South Texas Law Review, and the Texas Bar Journal.

**Class Action Litigation**

B&A has served as lead class counsel in several class actions. In addition, the Firm as also defended several class actions.

• 2011: David Berg and B&A successfully represented Defendant XO Communications' Special Committee of Independent Directors in New York Supreme Court in a class action and shareholder derivative action to enjoin going-private sale to majority shareholder Carl Icahn. Justice Charles E. Ramos denied the injunction on August 18, 2011 and the sale was concluded. The Firm continues to defend the XO Special Committee of Independent Directors against the class action and derivative allegations seeking damages.

• 2007: David Berg served as lead counsel for certified nationwide class and Texas state class asserting claims against a life insurance company for fraudulent and deceptive sales practices.  Case was dismissed based on Texas Supreme Court's decision that predominance issue was not satisfied.  *Stonebridge Life Ins. Co. v. Pitts*, 236 SW 3d 201 (Tex. 2007).

• 2006: Joel Androphy, B&A, and co-counsel successfully represented Defendant Credit Suisse Securities in the El Paso Corporation securities fraud class action litigation; claims against Credit Suisse were dismissed.

• 2005: David Berg and B&A successfully represented Defendant Deutsche Bank as co-lead counsel in Enron class action litigation in the Southern District of Texas.  United States District Judge Melinda Harmon granted summary judgment, dismissing the claims against Deutsche Bank.

• 2004: Geoffrey Berg and B&A served as lead counsel for Plaintiffs in a five state class action against SBC Communications, Inc. and related entities alleging misrepresentations related to SBC's DSL service. The case settled for more than $5,600,000 with an additional $1,200,000 award for fees and expenses. Cause No. 00-4540-E; *McLaughlin, et al. v. SBC Communications,*

16

*Inc., et al.*; In the 347th Judicial District Court, Nueces County, Texas.

      • 1999: David Berg and B&A obtained a $420 Million settlement as lead class counsel on behalf of thousands of limited partners who were hotel franchisees, alleging fraud and breach of fiduciary duty against  Marriott International and Host Marriott. Cause No. 96-CI-08327; *A.R. Milkes and D.R. Burklew, et al. v. Host Marriott Corp., et al.*; 285th Judicial District Court of Bexar County, Texas.

## Civil Rights Litigation and Criminal Litigation and Investigations

B&A has extensive experience in both civil rights cases and representing individuals and companies in criminal investigations and cases.  B&A partner Joel Androphy is the author of a five-volume treatise on White Collar Crime.

• 2011: Joel Androphy and B&A obtained four acquittals of a prominent cancer physician accused of insurance fraud by four major insurance companies. The trial involved billing for the drug Herceptin.

• 2011: B&A currently represents a minor-league baseball player and his family in a civil rights case against the City of Houston after the Houston Police Department shot the plaintiff outside of his Bellaire home.

• 2010: Joel Androphy and B&A obtained a dismissal of all environmental criminal charges against a Spanish maritime company. The international maritime company rejected all attempts by the federal government to obtain corporate pleas.

• 2010: Joel Androphy and B&A obtained an acquittal of a Greek maritime officer accused of criminal environmental charges by the Department of Justice in a "magic pipe" pollution trial.

• 2007: David Berg successfully represented a high ranking corporate officer of a Fortune 500 company in civil litigation and a SEC investigation regarding alleged stock options backdating.

• 1999: Joel Androphy won a reversal and acquittal of a bank fraud conviction on appeal to the 5th Circuit Court of Appeals in *Melawer, et al. v. United States*; 5th Cir. No. 98-20758.

• 1999: Joel Androphy obtained a federal jury acquittal on 11 counts of mail fraud and money laundering for a Dallas chiropractor accused of participating in an insurance fraud conspiracy.

18

DECLARATION OF DAVID BERG

• 1997: David Berg acted as lead lawyer for Susan McDougal in the appeal of her Whitewater conviction.

• 1997: David Berg and B&A represented Defendant Stephanie Savage, accused of murdering her husband, in the 248th District Court of Harris County, Texas. Jury acquittal after 8 days of trial.

• 199_: Joel Androphy obtained a substantial, confidential settlement for the survivors of a young father who was beaten to death in the Pasadena, Texas city jail.

• 1982: David Berg assisted Morris Dees of the Southern Poverty Law Center in a suit against the KKK, which resulted in an injunction shutting down their paramilitary training camps and restraining them from harassing Vietnamese fishermen along the Texas Gulf Coast.

• 1978: Using the battered wife defense for the first time in Texas, David Berg won an acquittal for a woman accused of murdering her husband and transporting his dismembered body across the country in the trunk of her car.

• 1970: David Berg argued and won a case in the United States Supreme Court, reversing his client's conviction for his part in an antiwar demonstration and legitimizing   "guerrilla theater" as a form of protest. *United States v. Schacht*, 90 S.Ct. 1555, 398 U.S. 58 (1970).

**DAVID BERG**
**Partner**

David Berg is a member of the Texas and New York Bar Associations, and the founding partner of Berg & Androphy, A Houston-based trial boutique. David has tried virtually every kind of civil and criminal case to a verdict, from murder to patent infringement. He has won hundreds of millions of dollars in verdicts and settlements and recently obtained an unprecedented settlement, representing the City of Houston, pro bono, with Texas Petrochemicals LP, to halve its production of the carcinogen, 1,3 butadiene–ending its effect on surrounding neighborhoods.

In 1970, at the age of 28 and only eighteen months after opening his law office, David argued and won a case in the United States Supreme Court, reversing his client's conviction for his part in an anti-war demonstration, striking down a federal statute prohibiting the wearing of "distinctive parts of an armed forces uniform" and legitimizing "guerrilla theater" as a form of protest. *United States v. Schacht*, 90 S.Ct. 1555, 398 U.S. 58 (1970).

In the following years, he tried and won many other civil rights and criminal cases. In 1978, using the battered wife defense for the first time in Texas, he won an acquittal for a woman accused of murdering her husband and transporting his dismembered body across the country in the trunk of her car. In the early eighties, he acted as co-counsel with Morris Dees, founder of The Southern Poverty Law Center, in obtaining an injunction shutting down the Ku Klux Klan's paramilitary training and prohibiting them from harassing Vietnamese fishermen along the Texas Gulf Coast.

Beginning in 2005, David acted as lead trial counsel for Deutsche Bank in the Enron Class Action, along with his colleague, Larry Byrne, of Linklater. The case ended in 2006 when United States District Judge Melinda Harmon dismissed the case against Deutsche Bank. Starting in 2006, David and a team of B&A lawyers represented XO Communications' Special Committee of Independent Directors in the Delaware Courts in a case involving a disputed asset sale. Currently, B&A represents the XO Special Committee in class action and shareholder derivative cases filed in New York Supreme Court. David also represented a high-ranking executive of a Fortune 500 company during an SEC investigation and civil litigation regarding alleged options backdating.

David Berg has been recognized as one of the Best Lawyers in America in nine practice areas, putting him among the top 100 lawyers in the publication, based on the number of trial specialties. David's nine Best Lawyers in America practice areas include:

- Bet-the-Company Litigation
- Commercial Litigation
- Criminal Defense - White Collar
- Litigation - Antitrust
- Litigation - Patent
- Litigation - Real Estate
- Litigation - Securities
- Personal Injury Litigation - Defendants
- Personal Injury Litigation – Plaintiffs

David is a frequent CLE lecturer on trial skills for such organizations as the ABA, the ABA Litigation Section and the Texas Bar Association. David is a frequent contributor to legal and other periodicals on wide-ranging topics. His 2003 book, THE TRIAL LAWYER: WHAT IT TAKES TO WIN, has become one of the ABA's best-selling books.

20
DECLARATION OF DAVID BERG

In addition to his book, Berg has published dozens of articles and essays on legal and political topics in such publications as The New York Times, The Los Angeles Times, Newsweek, Litigation Magazine and The Houston Chronicle:

Legal:

- "The Trial Lawyer," Litigation Magazine, Summer 2005
- "Trade Secrets of the Silver Bullet (Excerpt from The Trial Lawyer: What It Takes to Win)," The American Lawyer, October 2003
- "The Trial Lawyer," Litigation Magazine, Spring 2000
- "Timing in Cross-Examination," Litigation Magazine, 1996
- "Secrets of Cross Examination," Litigation Magazine, Spring 1994
- "Is Lawsuit Abuse a Problem," Houston Metropolitan, September, 1993
- "In Defense of Trial Lawyers – and Juries," Los Angeles Times, February 10, 1993
- "Blind Cross Examination," Litigation Magazine, Fall 1990
- "The Frenzy in Friendswood: What About Probable Cause" The Houston Post, May 15, 1988
- "Lawyers are Better than That," The Houston Post, February 6, 1988
- "Censorship Decision is Dangerous," The Houston Post, January 17, 1988
- "Preparing Witnesses," Litigation Magazine, Winter 1987
- "Cross Examination," Litigation Magazine, 1987
- "Ruling Trespasses on Confidentiality," The Texas Lawyer, August 31, 1987
- "RICO: As Pernicious As the Crimes it Targets," The Texas Lawyer, April 6, 1987
- "What the Civil Practitioner Needs to Know About RICO (Part 2)" (with Joel M. Androphy), The Texas Bar Journal, February 1987
- "What the Civil Practitioner Needs to Know About RICO (Part 1)" (with Joel M. Androphy), The Texas Bar Journal, January 1987
- "The Comprehensive Crime Control Act of 1984," Houston Lawyer, April 1986
- "Commercial Racketeering: What the Civil Practitioner Needs to Know and Understand," Houston Lawyer, May 1985
- "Best Article of 1984," (with Joel M. Androphy), The Texas Bar Journal, 1984
- "The Day The Grand Jury Ran Amok," HoustonCity Magazine, August 1984
- "Prudence and Jury Duty," The Houston Post, June 2, 1984
- "The RICO Statute, 18 U.S.C. § 1061-1968: The Business Client as Racketeer," (with Philip D. Zeltkow), The Texas Bar Journal, February 1982
- "The FBI's Threat to Freedom," Los Angeles Times, February 27, 1981
- "Is There a Special Loathing for Lawyers?" Houston Chronicle, September 29, 1979
- "If You Dislike Lawyers, Read This," The New York Times, August 20, 1979

Political/Personal

- "Texas Democrats Can Send a Message of Sanity Today," The Houston Chronicle, March 2008
- "Road to Redemption for Clintons: Embrace Obama," The Houston Chronicle, February 2008
- "Please Note, Your Wild Rhetoric is Not Helping," The Houston Chronicle, June 12, 2005
- "Houston to Detractors from N.Y.: Drop Dead," The Houston Chronicle, June 10, 1994
- "My Favorite Teachers," The Houston Post, 1992
- "Summit Won't Fix What Ails U.S.," The Houston Chronicle, July 8, 1990
- "What Dr. King is Still Teaching Us," The Houston Post, January 22, 1989
- "All the Hearts That Never Will Mend," The Houston Post, November 22, 1988
- "Too Much Democracy," The Houston Post, November 13, 1988
- "Something Special Happened in Houston," The Houston Post, July 14, 1988

21

- "Southern Baptists' Stance on AIDS Goes Too Far," The Houston Post, July 14, 1988
- "Fathers, Sons, and Hidden Feelings," The Houston Post, June 19, 1988
- "The Play's the Thing, but not at SJC," The Houston Post, April 23, 1988
- "Edgar Speakes, Charlie McRegan," The Houston Post, April 10, 1988
- "The Devils Made Me Do It," The Houston Post, April 10, 1988
- "We Must Set Economic House in Order," The Houston Post, March 6, 1988
- "Market Crash Was Not a Coincidence," The Houston Post, March 5, 1988
- "Why Cuomo is Still Best Bet," The Houston Post, January 8, 1988
- "Mr. McLuhan, Where are You When we really Need You?" The Houston Post, December 30, 1987
- "Paul Always Had a Theory," The Houston Post, December 23, 1987
- "Racism and Justice: The Brandly Case," The Texas Lawyer, November 2, 1987
- "The New Hite Report: Lite Research," The Houston Post, October 17, 1987
- "Media Must Avoid Invading Privacy," The Texas Lawyer, June 15, 1987
- "Fish Story," The Houston Post, March 15, 1987
- "The Once and Future Kennedys: One Hundred Years of Attitude," Vogue, February 1987
- "Bring Me Home From the Ball Game," HoustonCity Magazine, December 1984
- "Is It An Operation or a Sideshow," The Houston Post, December 14, 1984
- "Get Partisan Politics Out of Judges' Races," The Houston Chronicle, November 12, 1984
- "The Landslide Erodes," The Houston Post, November 3, 1984
- "Passion for Politics," Vogue, November 1984
- "Aristotle Might Have Gone Fishing," The Houston Chronicle, September 11, 1984
- "Journalism So Flawed?"- Letters to Editor, The New York Times, June 17, 1984
- "Carter Presidency will be able to Pass the Test of History," The Atlanta Constitution, March 29, 1984
- "More Than Just Books," The Houston Post, March 18, 1984
- "A Woman in '84? No Way," Vogue, March 1984
- "Remember When a Man's Word Was His Bond?" The Houston Post, January 27, 1984
- "Creationist Threaten Our Democratic Institutions," The Houston Chronicle, January 18, 1984
- "Prolific Columnist" reaction to deficits 'blatant terrorism' –  reaction to Lynn Ashby article, The Houston Post, January 18, 1984
- "The Right to Bear Arms," Newsweek, December 29, 1980
- "Face to Face with Carter's Icy Glare," The Houston Chronicle, December 1, 1980
- "The Carter Promise," The New York Times, November 23, 1980

From 2000 to 2009, David served as Chairman of the Board of the Houston Area Water Corporation, a municipal corporation charged with negotiating and awarding the contract for the builder/operator of a regional water purification plant, a $135 million project to secure a safe water supply in the region. In 2001, David and his wife, Kathryn, commissioned a children's opera from St. Exupery's THE LITTLE PRINCE, which won widespread acclaim after its opening at the Houston Grand Opera, and has played in London, New York and San Francisco. In 2002, Berg received the Theatreworks USA Goodworks Award, in New York, in recognition of his contributions to that group, which brings theater to children. In 2006, Mayor Bill White enlisted David to handle pollution suits on a pro bono basis for the City of Houston. That same year, David became one the first honorees of the Houston Shakespeare Festival, receiving the Willie Award for his longtime service on that board.

In years past, Berg has served on the Board of Directors of Camp for All, which successfully raised $10 million to erect a barrier-free facility for seriously ill children. He has been a Member of the University of Houston Law Foundation, Houston Holocaust Museum, and the Tulane University President's Council.

22

DECLARATION OF DAVID BERG

1   David has served as special counsel for the Texas State Bar Commission on Lawyer
2   Discipline, a pro bono group that prosecutes lawyer misconduct.

3   David Berg is a member of the New York and Texas Bar Associations and a Fellow of
    the International Academy of Trial Lawyers.  David is married to Kathryn Page Berg, also a
4   lawyer.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID BERG

## JOEL ANDROPHY
### Partner

Joel Androphy is a member of the Texas, Colorado, New York and Washington D.C. Bar Associations and has been a partner in Berg & Androphy since 1985. Androphy began his career as a law clerk to The Honorable Norman W. Black, late Chief Judge, United States District Court, Southern District of Texas. A long-time participant in bar matters, Androphy was formerly a member of the Board of Directors of the State Bar of Texas, and an appointed member of the Texas Commission for Lawyer Discipline.

In September 2009, the Houston Press named Joel Androphy the Best Civil Attorney in the 2009 Best of Houston® publication. In October 2010, Joel was selected as one of the Top 75 Plaintiffs Lawyers in the country by AmLaw Daily.

Over the years, Androphy has tried dozens of white collar crime cases to verdict, but his practice has always included civil matters, including qui tam, banking, health care, insurance fraud, environmental violations, breach of contract, conspiracy, and personal injury.

Androphy has represented many high-profile individual and corporate defendants in a wide range of criminal investigations and cases, including securities fraud, mail and wire fraud, health care fraud, antitrust violations, perjury, environmental crimes, public corruption, and governmental procurement.

Androphy has long distinguished himself as a legal scholar. Certified in criminal law by the Texas Board of Legal Specialization, he has written a widely used 5 volume treatise, White Collar Crime (West Group), as a practical guide for both civil and criminal lawyers. He has also written a book entitled Federal False Claims Act and Qui Tam Litigation (Law Journal Press).

In addition, Androphy has written more than 40 articles in numerous legal journals, including the Texas Bar Journal, American Corporate Counsel Journal, Consumer Law Quarterly, and Houston Lawyer.

Joel Androphy has participated in more than 80 seminars and presentations for a diverse number of groups which include:

- The American Corporate Counsel Association
- American Health Lawyers Association
- The Pharmaceutical Regulatory & Compliance Congress and Best Practices Forum
- State Bar of Texas
- Houston Bar Association
- The F.B.I.
- Texas Attorney General's Advocacy Institute
- The University of Houston
- South Texas College of Law
- Texas Tech University

Joel was also invited to speak at a Houston Bar Association program entitled Great Trial Lawyers Tell Their Secrets. He was formerly an adjunct law school professor at University of Houston Law Center and South Texas College of Law, lecturing on white collar crime. Androphy has won 3 writing awards for best article by the Houston Bar Foundation.

Even before joining the Texas Commission for Lawyer Discipline, Androphy was very active in bar leadership. He was formerly President of the Houston Chapter of the Federal Bar Association, an officer and director of the Houston Bar Association, and editor of the Texas Bar

24

Journal and the Houston Lawyer legal magazine. Joel has received two president's awards for his service to the Houston Bar Association as editor of the Houston Lawyer, and as chairman of the Houston Volunteer Lawyers Program.

He has served on three U.S. District Court Merit Selection Committees for U.S. Magistrates, and a Fifth Circuit Court of Appeals Merit Selection Committee for the Public Defender. Androphy is the legal commentator for ABC - Houston and a frequent commentator for CNBC, MSNBC, and Bloomberg.

**GEOFFREY BERG**
**Partner**

Geoffrey Berg is a member of the bars of the states of Texas, Pennsylvania, and Colorado.  He practices in the area of commercial litigation, including Internet and technology matters, employment issues, and trade secrets.  Prior to joining Berg & Androphy, Geoffrey was associated with Dow Golub Berg & Beverly, LLP, a prominent Houston commercial litigation firm.

Education:

• University of Houston Law Center, Houston, Texas, 1994
J.D., Doctor of Jurisprudence

• Hebrew University of Jerusalem School of Law, Harry Sacher Human Rights Institute, Jerusalem, 1993

• New York University, New York, New York, 1992
B.A., Political Science/Journalism

Articles & Publications:

•"Houston Judge Limits Rights of Gay Father," Houston Chronicle, August 22, 2011
•"Not to be Intimidated," Jewish Herald-Voice, July 3, 2008
•"Critics of our Israel policy are outside mainstream," Houston Chronicle, June 14, 2008
•"Is Hamas viable 'partner for peace'? No. Hateful covenant makes cooperation an impossibility," Houston Chronicle, February 6, 2006
•"The Big Lies," Arutz Sheva, September 16, 2001
•Federal Criminal White Collar Appellate Update, The Appellate Advocate, State Bar of Texas Appellate Section Update, Spring 2000 (with Joel Androphy)
•"American Jews Ought to Take Good Look at GOP," Houston Chronicle, May 15, 1998
•"Both Sides Need to Give on Jerusalem Issue," Houston Chronicle, March 16, 1997
•"Israel's 'Bibi' Can Forge a Secure, Lasting Peace," Houston Chronicle, June 5, 1996
•"Americans Getting a Notion of How Israelis Feel," Houston Chronicle, April 21, 1995
•"Smoke, An Awful Noise and Fear on Flight 1499," Houston Chronicle, September 6, 1994
•"Israelis, Arabs Mustn't Let Extremists Write a 'Bosnian Future,'" Houston Chronicle, March 6, 1994

Media Appearances:

•Legal analyst, 740 KTRH AM and 950 KPRC AM, Houston, Texas
•Frequent appearances as legal commentator on local (KTRK-TV, KHOU-TV, KRIV-TV, KTRH AM and KPRC AM) and national media (CNBC)
•Co-host or host of several talk shows including on KTRH AM, KPRC AM and KPFT FM, all in Houston
•Occasional contributor to the Houston Chronicle Editorial Page

Honors & Awards:

•Named one of Houston's Top Young Professionals by H Texas Magazine in 2007
•Named to the inaugural list of Texas Super Lawyers, Corporate Counsel Edition, April 2008

DECLARATION OF DAVID BERG

- Listed in Who's Who in American Law.
- Named a Texas Super Lawyer by Texas Monthly in 2004, 2005, 2006, 2007, 2008, 2009, 2010 and 2011 (Business Litigation). This honor is the result of balloting among approximately 55,000 Texas attorneys and selection by a blue ribbon panel. Only about 5% of Texas lawyers earned this distinction.
- Named one of the Top Lawyers in Houston by H Texas Magazine in 2004, 2005, 2006, 2007 and 2008
- Named one of the Top Attorneys in Houston by Houston Magazine in its Top Attorneys & Law Firms section (an honor limited to less than 10 Houston lawyers and firms) in 2006
- In December 2005, H Texas Magazine identified Berg as one of its "Professionals on the Fast Track"
- Named a Texas Rising Star by Texas Monthly Magazine in 2004
- "AV" rated by Martindale-Hubbell Law Directory (highest rating for Legal Ability and General Ethical Standards)
- Listed in Best Lawyers Consumer Guide.

27

**SARAH FRAZIER**
**Partner**

Sarah M. Frazier is a member of the Texas and Georgia bar associations.  She has a nationwide practice that includes qui tam suits representing whistleblowers, white collar criminal defense, and commercial law. She is currently pursuing several qui tam suits, many still under seal, on subjects ranging from war profiteering to Medicaid kickbacks to best price violations, pending in jurisdictions across the United States. Ms. Frazier was named a Texas Rising Star by her peers in 2007, 2008, 2009 and 2010 as published in Texas Monthly magazine. She lectures frequently on both qui tam and criminal law. Ms. Frazier recently presented a webinar entitled, "Prosecuting and Defending Qui Tam Cases Under the False Claims Act: What It Takes to be Successful," sponsored by the Law Journal Press. Her past experience includes:

Education and Judicial Clerkship:

•Vanderbilt University College of Law, Nashville, Tennessee
Doctor of Jurisprudence, 1999
Vanderbilt Journal of Transnational Law, Research Editor

•Haverford College, Haverford, Pennsylvania
Bachelor of Arts, Religion, 1994

•Clerk to the Honorable Terrence W. Boyle, United States District Court, Eastern District of North Carolina, 1999-2000

28
DECLARATION OF DAVID BERG

**CHRISTOPHER GADOURY**
**Partner**

Mr. Gadoury has represented plaintiffs and defendants in a wide range of civil cases across the country, including complex commercial litigation, securities and shareholder derivative litigation, class actions, employment discrimination, and personal injury. In addition, Mr. Gadoury has also represented criminal defendants in state and federal courts.

Education:

• University of Houston Law Center
Doctor of Jurisprudence, *cum laude*, 2001
Head Articles Editor, HOUSTON JOURNAL OF INTERNATIONAL LAW

• University of Texas at Austin
Bachelor of Arts, 1998
Major: Economics
Minor: Business Administration

Publications:

•Should the United States Officially Recognize the Taliban? The International Legal and Political Considerations, 23 HOUS. J. INT'L L. 385 (Jan. 2001).

•Breach of Fiduciary Duty Remedies, 32 THE ADVOCATE 52 (Fall 2005).

Professional Affiliations and Honors:

• Board Member, The Progressive Forum
• Rising Star, Texas Monthly Magazine 2007-2010
• Adjunct Professor, University of Houston Law Center
• Adjunct Professor, University of Houston-Downtown
• Member, Houston Bar Association
• Member, Houston World Affairs Council
• Tindall & Foster Writing Award, 2000
• Houston Journal of International Law Most Contributing Editor Award, 2001

DECLARATION OF DAVID BERG

## KATHRYN NELSON
### Associate

Ms. Nelson has represented plaintiffs and defendants in complex commercial litigation and insurance coverage disputes involving Commercial General Liability, Directors and Officers Liability, Professional Liability, and property and homeowners insurance policies. She has represented professionals in the architecture, construction, medical, nursing, and other healthcare industries in tort as well as regulatory matters. Ms. Nelson has represented premises owners and has participated in mass tort and products liability litigation.

Education and Experience:

• University of Houston Law Center
Doctor of Jurisprudence, *cum laude*, 2002
Houston Journal of International Law, Senior Articles Editor

• Barnard College, Columbia University
Bachelor of Arts, *cum laude*

• Brown McCarroll, LLP, Associate, 2007

• Baker & Hostetler, LLP, Associate, 2004-06

• Beirne, Maynard & Parsons, LLP, Associate and Law Clerk, 2001-04

• Justice Richard H. Edelman of the Fourteenth Court of Appeals of Texas, Intern, 2000

Ms. Nelson is a member of the Litigation Sections of the State Bar of Texas, American Bar Association, and Houston Bar Association. She serves on the Houston Bar Association Elder Law Committee and Houston Bar Association AIDS Outreach Committee. Ms. Nelson is a member of the Texas Young Lawyers Association and Houston Young Lawyers Association.

Honors and Awards:
• Texas Monthly Rising Star, 2007 (Business Litigation)
• James W. Skelton, Jr. Writing Award for Achievement in International Public Interest Law, 2001

Speeches and Publications:
• Case Update, Houston Bar Association Appellate Section, 2006
• Sex Trafficking and Forced Prostitution: Comprehensive New Legal Approaches, Houston Journal of International Law, volume 24, 2002

DECLARATION OF DAVID BERG

**RACHEL GRIER**
**Associate**

Rachel joined Berg & Androphy in 2004 as a clerk and became an associate at the firm in 2007. She has worked primarily on qui tam cases and other civil litigation, as well as white collar criminal defense. She is currently working on several qui tam suits, many still under seal, involving healthcare subjects such as off-label marketing, kickbacks, marketing the spread, and best price violations, pending in jurisdictions across the United States. Rachel assists Joel Androphy in organizing, researching, and drafting updates to his treatises, White Collar Crime and Federal False Claims Act and Qui Tam Litigation.

Before attending law school, Rachel worked as a research assistant at M.D. Anderson Cancer Center for five years. During that time, she developed a quantitative real-time PCR genetic testing assay for studying transgenic mice and human genes of interest. Rachel's other projects included completing various research projects, including working with samples obtained from patients with Alopecia Areata and Cutaneous T-Cell Lymphoma, assisting in the development of cDNA microarrays and used various hybridization kits, assisting in writing manuscripts and grant proposals. While a student at University of the South, Rachel worked on a research project on modelling the anisotropic electrical properties of frog skeletal muscle with Professors Frank Hart and Nancy Berner.

Education:
• South Texas College of Law
Doctor of Jurisprudence, *cum laude*, 2005
South Texas Law Review, Assistant Editor

• University of the South
Bachelor of Science, Biology, 1998
Tennessee Academy of Science Best Presentation Award in Physics (Spring 1988)
Order of Gownsmen

Publications:

•Federal Criminal White Collar Appellate Update, The Appellate Advocate, State Bar of Texas Appellate Section Update
•Hart, Berner, McMillen, Modelling the anisotropic electrical properties of skeletal muscle, Phys Med Biol, 1999 Feb; 44(2).
•McMillen, Duvic, Alopecia areata occurring in sisters after administration of rifampicin, J Am Acad Derm, 2001 Jan; 44(1).
•Hart, Davila-Moriel, Berner, McMillen, Using dielectric spectroscopy to detect thermal hysteresis in frog muscle, J Non-Crystalline Solids, 2005 Sept: 351(2929).

**NOELLE LETTERI**
**Associate**

Ms. Letteri has a nationwide practice representing whistleblowers in qui tam lawsuits. Prior to joining the firm, Ms. Letteri was an Assistant Attorney General for the state of Texas in the Civil Medicaid Fraud Division pursuing qui tam litigation on behalf of the state. She has also represented the State of Texas in oil and gas matters, real estate transactions, open records and open meetings concerns, and participated in several legislative sessions. She first gained experience in the health care field as lead attorney for the Texas Veterans Land Board's Texas State Veterans Home.

Education:
• St. Mary's School of Law, San Antonio, Texas
Doctor of Jurisprudence, 1999
Senior Associate Editor, St. Mary's Law Journal

• University of Vermont
Bachelor of Arts, Political Science, 1984

Internship:
Honorable Judge Emilio M. Garza, United States Fifth Court of Appeals, San Antonio, Texas, 1998

Publications:
Resolving the Multi-Fractional Deed Dilemma, Concord Oil Co. v. Pennzoil Exploration Production Company, Recent Development, 30 St. Mary's L.J. 615 (1999)

DECLARATION OF DAVID BERG

## STEPHANIE GUTHEINZ
### Associate

Stephanie joined Berg & Androphy as a law clerk in 2008 and became an associate at the Firm in 2009. She works primarily on civil and commercial litigation, as well as white collar criminal defense.

Education:

• South Texas College of Law
Doctor of Jurisprudence, *magna cum laude*, 2009
South Texas Law Review
Order of the Lytae

• University of Saint Thomas
Bachelor of Arts, *summa cum laude*, Political Science, 2006

  • United States District Judge David Hittner of the Southern District of Texas, Judicial Intern, 2008

## ASHLEY GARGOUR
### Associate

Ashley joined Berg & Androphy in 2010. Prior to joining the firm, she served as a law clerk to the Honorable Jeff Bohm of the United States Bankruptcy Court for the Southern District of Texas.

Education:

• South Texas College of Law
Doctor of Jurisprudence, 2008
Managing Editor, South Texas Law Review
Associate Editor, Texas Journal of Business Law
Associate Editor, Corporate Counsel Review
Phi Delta Phi

• Texas A&M University, College Station, Texas
Bachelor of Business Administration in Management, *cum laude*, 2005

Judicial Clerkship:
• Law Clerk to the Honorable Jeff Bohm, United States Bankruptcy Court, Southern District of Texas, August 2008 to December 2009

Internships:
• Summer Intern, Department of Justice, United States Trustee Program, Southern District of Texas, Houston Division, 2007

• Judicial Intern to the Honorable Jeff Bohm, United States Bankruptcy Court, Southern District of Texas, 2007

Publications:
• Recent Business Developments, 41-WTR Tex. J. Bus. L. 353 (2006)

DECLARATION OF DAVID BERG

1

**JANIS GORTON**
**Senior Staff Attorney**

2

3

Janis began working with Berg & Androphy as a contractor in 2008 and became Senior Staff Attorney at the firm in 2011. She works primarily on qui tam litigation.

4

Education:

5

• University of Texas School of Law, Austin, Texas

6

Doctor of Jurisprudence, 2006
Student Attorney ad Litem, Children's Rights Clinic
President, Student Advocates

7

Assistant Moot Court Director, Board of Advocates

8

• University of Texas at Austin, Austin, Texas

9

Bachelor of Science in Communication Studies, *cum laude*, 2002
President, Beta Alpha Rho Pre-Law Fraternity
President, Texas Public Debate

10

Publications:

11

Federal Criminal White Collar Appellate Update, The Appellate Advocate, State Bar of Texas Appellate Section Update, June 2011

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28