BERG & ANDROPHY
DAVID BERG (*pro hac vice* to be filed)
CHRIS GADOURY (*pro hac vice* to be filed)
3704 Travis St.
Houston, TX 77002
Telephone: (713) 529-5622
dberg@bafirm.com
cgadoury@bafirm.com

THE GOLAN LAW FIRM
YVETTE GOLAN (*by pro hac vice*)
1919 Decatur St.
Houston, TX 77007
Telephone: (866) 298-4150 ext. 101
ygolan@tgfirm.com

FLASHPOINT LAW, INC.
SHIRISH GUPTA (SBN 205584)
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
Telephone: (650) 539-4019
sgupta@flashpointlaw.com

Attorneys for Plaintiff Sara Sandys

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SANDYS and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NAKED JUICE COMPANY, a California corporation; PEPSICO INC., a New York corporation; and DOES 1-100,<br><br>　　　　　　　　　　Defendants. | Case No. LA CV11-08007-JAK (PLAx)<br><br>**PLAINTIFF'S CERTIFICATE OF SERVICE FOR: (1) PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO CONSOLIDATE RELATED CLASS ACTIONS, AND (2) PLAINTIFF'S MOTION FOR ORDER APPOINTING INTERIM LEAD CLASS COUNSEL**<br><br>Hearing<br>Date:　December 19, 2011<br>Time:　1:30 p.m.<br>Place:　Courtroom 750, 7th Floor<br><br>Action Filed: September 27, 2011 |

PLAINTIFF'S CERTIFICATE OF SERVICE

I, Yvette Golan, certify as follows:

I am employed in the County of Harris, State of Texas. I am over the age of eighteen years and am not a party to this action. My business address is 1919 Decatur Street, Houston, Texas 77007, in said County and State. I certify that on the date indicated below, I electronically transmitted to the Clerk and to each of the persons names below, who are registered as CM/ECF Users and have consented to electronic service, the following documents using the CM/ECF System:

    1.    PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO CONSOLIDATE RELATED CLASS ACTIONS, AND

    2.    PLAINTIFF'S MOTION FOR ORDER APPOINTING INTERIM LEAD CLASS COUNSEL, WITH ACCOMPANYING DECLARATIONS OF DAVID BERG AND YVETTE GOLAN IN SUPPORT THEREOF.

**Attorneys for Plaintiff Pappas**

TINA WOLFSON
ROBERT AHDOOT
AHDOOT & WOLFSON, P.C.
10850 Wilshire Blvd., Suite 370
Los Angeles, California 90024
Tel.: (310) 474-9111
Fax.: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com

**Attorneys for Plaintiff Marchewka**

ROSEMARY M. RIVAS
DANIELLE A. STOUMBOS
FINKELSTEIN THOMPSON, LLP
100 Bush Street, Suite 1450
San Francisco, California 94104
Tel.: (415) 398-8700
Fax.: (415) 398-8704
rrivas@finkelsteinthomson.com
dstoumbos@finkelsteinthomson.com

TRACY D. REZVANI
ROBERT O. WILSON
FINKELSTEIN THOMSON LLP
1070 30th Street NW, Suite 150
Washington, DC 20007
Tel.: (202) 337-8000
Fax.: (202) 337-8090
trezvani@finkelsteinthomson.com
rwilson@finkelsteinthomson.com

1
CERTIFICATE OF SERVICE

**Attorneys for Plaintiff Evans**

CHRISTOPHER P. RIDOUT
DEVON M. LYON
CALEB MARKER
RIDOUT & LYON, LLP
555 E. Ocean Blvd., Suite 500
Long Beach, California 90802
Tel.: (562) 216-7380
Fax.: (562) 216-7385
c.ridout@ridoutlyonlaw.com
d.lyon@ridoutlyonlaw.com
c.marker@ridoutlyonlaw.com

**Attorneys for Defendants**

| | |
|---|---|
| DANIEL W. NELSON<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue,N.W.<br>Washington, D.C. 20036<br>Tel.: (202) 955-8500<br>Fax.: (202) 530-4238<br>DNelson@gibsondunn.com | CHRISTOPHER CHORBA<br>DHANANJAY S. MANTHRIPRAGADA<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197<br>Tel.: (213) 229-7000<br>Fax.: (213) 229-7520<br>CChorba@gibsondunn.com<br>DManthripragada@gibsondunn.com |

    I further certify that on the date indicated below, I caused each such document to be transmitted by PDF format via electronic mail to the parties and electronic mail address named above, and that the transmission was reported complete and without error. The foregoing document was printed on recycled paper.

    I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

DATED: November 28, 2011            THE GOLAN FIRM
                                    Yvette Golan


                                    By:    /s/ Yvette Golan
                                           Yvette Golan

                                    Attorney for Plaintiff Sara Sandys