# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV11-08007 JAK (PLAx) | Date | November 29, 2011 |
| Title | Sara Sandys v. Naked Juice Company, et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER CONTINUING DEFENDANTS' MOTION TO CONSOLIDATE RELATED CLASS ACTIONS (Dkt. 20) and PLAINTIFF'S MOTION FOR ORDER APPOINTING INTERIM LEAD CLASS COUNSEL (Dkt. 23)**

Plaintiff's motion for order appointing interim lead class counsel is not timely filed pursuant to Local Rule 6-1. The Court, on its own motion, continues the above-referenced motions from December 19, 2011 to February 6, 2012 at 8:30 a.m. Any future document will be stricken for failure to follow the Local Rules.

**IT IS SO ORDERED.**

: 

Initials of Preparer    ak