# CERTIFICATE OF SERVICE

I, Dhananjay S. Manthripragada, certify as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California, 90071-3197, in said County and State.

I hereby certify that on the date indicated below, I electronically transmitted to the Clerk of the Court and to each of the persons named below, who are registered as CM/ECF Users and have consented to electronic service, the following document using the CM/ECF System: **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER APPOINTING INTERIM LEAD CLASS COUNSEL**. I further certify that on the date indicated below, I caused each such document to be transmitted by PDF format via electronic mail to the parties and electronic mail addresses named below, and that the transmission was reported complete and without error.

| **Attorneys for Plaintiff Sandys** | | |
|---|---|---|
| Yvette Golan<br>The Golan Law Firm<br>1919 Decatur St.<br>Houston, TX  77007<br>Tel.: (866) 298-4150<br>Fax:  (928) 441-8250<br>ygolan@tgfirm.com | Christopher L. Gadoury<br>Berg & Androphy<br>3704 Travis<br>Houston, TX  77002-9550<br>Tel.: (713) 529-5622<br>Fax:  (713) 529-3785<br>CGadoury@bafirm.com | Shirish Gupta<br>Flashpoint Law, Inc.<br>18662 MacArthur Blvd.<br>2nd Floor<br>Irvine, CA  92612<br>Tel.: (650) 539-4019<br>Fax:  (866) 936-1530<br>sgupta@flashpointlaw.com |

| **Attorneys for Plaintiff Pappas** |
|---|
| Robert Ahdoot<br>Tina Wolfson<br>Bradley K. King<br>Theodore W. Maya<br>Ahdoot & Wolfson PC<br>10850 Wilshire Boulevard, Suite 370<br>Los Angeles, CA  90024<br>Tel.: (310) 474-9111<br>Fax:  (310) 474-8585<br>rahdoot@ahdootwolfson.com<br>twolfson@ahdootwolfson.com<br>bking@ahdootwolfson.com<br>tmaya@ahdootwolfson.com |

| **Attorneys for Plaintiff Marchewka** ||
|---|---|
| Rosemary M. Rivas<br>Danielle A. Stoumbos<br>FINKELSTEIN THOMPSON LLP<br>100 Bush Street, Suite 1450<br>San Francisco, CA 94104<br>Tel.: (415) 398-8700<br>Fax: (415) 398-8704<br>rrivas@finkelsteinthompson.com<br>dstoumbos@finkelsteinthompson.com | Tracy D. Rezvani<br>Robert O. Wilson<br>FINKELSTEIN THOMPSON LLP<br>1070 30th Street NW, Suite 150<br>Washington, DC 20007<br>Tel.: (202) 337-8000<br>Fax: (202) 337-8090<br>trezvani@finkelsteinthompson.com<br>rwilson@finkelsteinthompson.com |
| **Attorneys for Plaintiff Evans** ||
| Christopher P. Ridout<br>Devon M. Lyon<br>Caleb Marker<br>Ridout & Lyon, LLP<br>555 E. Ocean Blvd. Suite 500<br>Long Beach, CA 90802<br>Tel.: (562) 216-7380<br>Fax: (562) 216-7385<br>c.ridout@ridoutlyonlaw.com<br>d.lyon@ridoutlyonlaw.com<br>c.marker@ridoutlyonlaw.com ||

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 13, 2012                         /s/

                                              Dhananjay S. Manthripragada