FRANCIS & MAILMAN P.C.
JAMES A. FRANCIS (*pro hac vice* forthcoming)
DAVID A. SEARLES (*pro hac vice* forthcoming)
100 S. Broad Street, 19th Floor
Philadelphia, PA 19110
Tel: (215) 735-8600; Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
dsearles@consumerlawfirm.com

CENTER FOR SCIENCE IN THE PUBLIC INTEREST
STEPHEN GARDNER
5646 Milton Street Suite 211
Dallas, TX 75206
Tel: (214) 827-2774; Fax: (214) 827-2787
sgardner@cspinet.org

THE GOLAN LAW FIRM
YVETTE GOLAN (*by pro hac vice*)
1919 Decatur St.
Houston, TX 77007
Tel: (866) 298-4150 x101
Fax: (928) 441-8250
ygolan@tgfirm.com

FLASHPOINT LAW, INC.
SHIRISH GUPTA (SBN 205584)
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
Telephone:  (650) 539-4019
sgupta@flashpointlaw.com

*Proposed Interim Lead Class Counsel and Attorneys for Plaintiff Sara Sandys*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SANDYS and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAKED JUICE COMPANY, a California corporation; PEPSICO INC., a New York corporation; and DOES 1-100,<br><br>Defendants. | Case No. LA CV11-08007-JAK (PLAx)<br><br>**DECLARATION OF DAVID A. SEARLES IN SUPPORT OF PLAINTIFF'S AMENDED MOTION FOR ORDER APPOINTING INTERIM LEAD CLASS COUNSEL**<br><br>Hearing<br>Date: February 6, 2012<br>Time: 8:30 a.m.<br>Place: Courtroom 750, 7th Floor<br><br>Action Filed: September 27, 2011 |

# DECLARATION OF DAVID A. SEARLES ATTESTING TO QUALIFICATIONS OF FIRM TO SERVE AS INTERIM CLASS COUNSEL

I, David A. Searles, hereby declare as follows:

1. I am of counsel to the law firm of Francis & Mailman, P.C. My firm is co-counsel to Plaintiff Sara Sandys in the above matter.

2. I submit this Declaration in support of Plaintiff's Amended Motion For Appointment of Interim Class Counsel Pursuant to Fed.R.Civ.P. 23(g)(3).

3. Attached hereto as Exhibit A is a summary of the experience and qualifications of the attorneys in my firm who will be principally involved in this litigation, as well as a brief biography of my firm.

4. I have previously been certified as class counsel by courts in districts and jurisdictions in numerous class actions in our local area and also nationwide. *See, e.g., Reibstein v. Rite Aid Corporation,* 2011 WL 192512 (E.D. Pa. Jan. 18, 2011); *McCall v. Drive Financial,* January Term 2006, No. 0005 (C.P. Phila. July 20, 2010); *Serrano v. Sterling Testing Systems, Inc.,* 711 F.Supp.2d 402 (E.D. Pa. 2010); *Summerfield v. Equifax Information Services, LLC,* 2009 WL 3234191 (D.N.J. Sept. 30, 2009); *Chakejian v. Equifax Information Services LLC,* 256 F.R.D. 492 (E.D. Pa. 2009); *Strausser v. ACB Receivables Management, Inc.*, 2008 WL 859224 (E.D. Pa. Mar. 28, 2008); *Allen v. Holiday Universal, Inc.,* 2008 WL 746613 (E.D. Pa. Mar. 18, 2008); *Markocki v. Old Republic National Title Insurance Company*, 254 F.R.D. 242 (E.D. Pa. 2008); *Cohen v. Chicago Title Insurance Company*, 242 F.R.D. 295 (E.D. Pa. 2007); *Jordan v. Commonwealth Financial Systems, Inc.,* 237 F.R.D. 132 (E.D. Pa. 2006); *Brown v. Fein, Such, Kahn & Shepard,* P.C., 2006 WL 5518998 (E.D. Pa. July 11, 2006); *Braun v. Wal-Mart Stores, Inc.,* 2005 WL 3623389 (Pa.Com.Pl. Dec. 27, 2005); *Perry v. FleetBoston Financial Corp.*, 229 F.R.D. 105 (E.D. Pa. 2005); *Beck v. Maximus,*

*Inc.*, 2005 WL 589749 (E.D. Pa. March 11, 2005) (vacated on other grounds); *Stoner v. CBA Information Services,* 352 F.Supp.2d 549 (E.D. Pa. 2005); *Orloff v. Syndicated Office Systems, Inc.,* 2004 WL 870691 (E.D. Pa. April 22, 2004); *Petrolito v. Arrow Financial Services, LLC,* 221 F.R.D. 303 (D. Conn. 2004); *Muse v. Dymacol, Inc*., 2003 WL 22794698 (E.D. Pa. Nov. 7, 2003); *Piper v. Portnoff Law Associates*, 216 F.R.D. 325 (E.D. Pa. 2003); *Bonett v. Education Debt Services, Inc.*, 2003 WL 21658267 (E.D. Pa. 2003); *Samuel-Bassett v. Kia Motors America, Inc.,* 212 F.R.D. 271 (E.D. Pa. 2000), *vacated on other grounds,* 357 F.3d 392 (3d Cir. 2004), class again certified upon remand to state court, 68 Pa. D. & C. 4th 270 (Pa.Com.Pl. 2004); *Oslan v. Law Offices of Mitchell N. Kay,* 232 F. Supp. 2d 436 (E.D. Pa. 2002); *Oslan v. Collection Bureau of Hudson Valley*, 206 F.R.D. 109 (E.D. Pa. 2002); *Saunders v. Berks Credit & Collections*, 2002 WL 1497374 (E.D. Pa. 2002); *Schilling v. Let's Talk Cellular and Wireless*, 2002 U.S. Dist. LEXIS 3352 (E.D. Pa. 2002); *Fry v. Hayt, Hayt and Landau,* 198 F.R.D. 461 (E.D. Pa. 2000); *Smith v. First Union Mortgage Corporation*, 1999 WL 509967 (E.D. Pa. 1999); *Williams v. Empire Funding Corp.*, 183 F.R.D. 428 (E.D. Pa. 1998).

5. In my experience, few class action firms have tried class actions to a jury or a judge to verdict. This firm has handled two such jury trials, and before I joined the firm, I co-counseled a Pennsylvania class action to a trial verdict of $1,058,697 against a debt collection law firm on behalf of a class of homeowner taxpayers, which was recently affirmed by the Commonwealth Court of Pennsylvania. *Roethlein v. Portnoff Law Associates, Ltd*., 25 A.3d 1274 (Pa. Cmwlth Ct. 2011).

6. I have also been appointed as interim class counsel by courts in other cases. *See, e.g*., Allen v. Stewart Title Guaranty, 246 F.R.D. 218 (E.D. Pa. 2007);

*O'Day v. Ticor Title Insurance Company of Florida*, C.A. No. 06-4660 (E.D. Pa. Nov. 7, 2006); *Guizarri v. Ticor Title Insurance Company*, C.A. No.06-4630 (E.D. Pa. Nov. 7, 2006); *Markocki v. Old Republic National Title Insurance Company*, C.A. No. 06-2422 (E.D. Pa. Nov. 6, 2006); *Cohen v. Chicago Title Insurance Company*, C.A. No. 06-873 (E.D. Pa. Sept. 12, 2006).

I declare under the penalty of perjury that the foregoing is true and correct.

Date: January 31, 2012                          *s/ David A. Searles*
Philadelphia, Pennsylvania                      David A. Searles