FRANCIS & MAILMAN P.C.
JAMES A. FRANCIS (*pro hac vice* forthcoming)
DAVID A. SEARLES (*pro hac vice* forthcoming)
100 S. Broad Street, 19th Floor
Philadelphia, PA 19110
Tel: (215) 735-8600; Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
dsearles@consumerlawfirm.com

CENTER FOR SCIENCE IN THE PUBLIC INTEREST
STEPHEN GARDNER
5646 Milton Street Suite 211
Dallas, TX 75206
Tel: (214) 827-2774; Fax: (214) 827-2787
sgardner@cspinet.org

THE GOLAN LAW FIRM
YVETTE GOLAN (*by pro hac vice*)
1919 Decatur St.
Houston, TX 77007
Tel: (866) 298-4150 x101
Fax: (928) 441-8250
ygolan@tgfirm.com

FLASHPOINT LAW, INC.
SHIRISH GUPTA (SBN 205584)
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
Telephone: (650) 539-4019
sgupta@flashpointlaw.com

*Proposed Interim Lead Class Counsel and Attorneys for Plaintiff Sara Sandys*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SANDYS and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAKED JUICE COMPANY, a California corporation; PEPSICO INC., a New York corporation; and DOES 1-100,<br><br>Defendants. | Case No. LA CV11-08007-JAK (PLAx)<br><br>**DECLARATION OF JAMES A. FRANCIS IN SUPPORT OF PLAINTIFF'S AMENDED MOTION FOR ORDER APPOINTING INTERIM LEAD CLASS COUNSEL**<br><br>Hearing<br>Date: February 6, 2012<br>Time: 8:30 a.m.<br>Place: Courtroom 750, 7th Floor<br><br>Action Filed: September 27, 2011 |

1
DECLARATION OF JAMES A. FRANCIS IN SUPPORT OF PLAINTIFF'S AMENDED MOTION FOR ORDER APPOINTING INTERIM LEAD CLASS COUNSEL

# DECLARATION OF JAMES A. FRANCIS ATTESTING TO QUALIFICATIONS OF FIRM TO SERVE AS INTERIM CLASS COUNSEL

I, James A. Francis, hereby declare as follows:

1. I am a founding shareholder of the law firm Francis & Mailman, P.C. My firm is co-counsel to Plaintiff Sara Sandys in the above matter.

2. I submit this Declaration in support of Plaintiff's Amended Motion For Appointment of Interim Class Counsel Pursuant to Fed.R.Civ.P. 23(g)(3).

3. My firm has concentrated its practice in consumer protection litigation and consumer class actions since 1999.

4. I personally have been certified to serve as class counsel by numerous courts in cases throughout the country on more than thirty (30) occasions. *See Ryals et al. v. Hireright Solutions, Inc.,* C.A. No. 3:09cv625 (E.D. Va. July 7, 2011); *Serrano v. Sterling Testing Systems, Inc.* 711 F. Supp. 2d 402 (E.D. Pa.2010); *Summerfield v. Equifax Information Services, LCC*, 2009 WL 3234191 (D. N.J. Sept. 30 2009); *Chakejian v. Equifax Information Services, LLC*, 256 F.R.D. 492, 2009 WL 764656 (E.D.Pa. 2009); *Jones v. Midland Funding, LLC,* C.A. No. 3:08cv802(RNC) (D. Conn. October 13, 2009); *Barel v. Bank of America,* 255 F.R.D. 393 (E.D. Pa. 2009); *Mann v. Verizon*, C.A. No. 06-5370 (E.D. Pa. Sept. 26, 2008); *Smith v. Grayling Corp.,* 2008 WL 3861286, C.A. No. 07-1905 (E.D. Pa. 2008); *Strausser v. ACB Receivables Management, Inc.,* 2008 WL 859224 (E.D. Pa. March 28, 2008); *Nienaber v. Citibank (South Dakota), N.A.,* 2007 WL 2003761 (D.S.D. July 5, 2007); *Jordan v. Commonwealth Financial Systems, Inc.*, 237 F.R.D. 132, (E.D. Pa. 2006); *Marino v. UDR*, 2006 WL 1687026, C.A. No. 05-2268 (E.D. Pa. June 14, 2006); *Seawell v. Universal Fidelity Corp,* 235 F.R.D. 64 (E.D. Pa. 2006); *Perry v. FleetBoston Financial Corp.*, 229 F.R.D.105 (E.D. Pa. 2005); *Beck v. Maximus, Inc.*, 2005 WL 589749

(E.D. Pa. 2005), *vacated on other grounds, Beck v. Maximus*, 457 F. 3d 291, 2006 WL 2193603 (3d. Cir. Aug. 4, 2006); *Stoner v. CBA Information Services*, 352 F. Supp. 2d 549 (E.D. Pa. 2005); *Bittner v. Trans Union, LLC,* C.A. No. 04-2562 (E.D. Pa. January 4, 2005); *Wisneski v. Nationwide Collections, Inc.*, 227 F.R.D. 259 (E.D. Pa. 2004); *Petrolito v. Arrow Financial Services, LLC*, 221 F.R.D. 303 (D. Conn. 2004); *Orloff v. Syndicated Office Systems, Inc.*, 2004 WL 870691 (E.D. Pa 2004); *Bonett v. Education Debt Services, Inc.*, 2003 WL 21658267 (E.D. Pa. 2003); *Gaumer v. The Bon-Ton Stores*, C.A. No. 02-8611 (E.D. Pa. Dec. 30, 2003); *Street v. Portfolio Recovery Associates*, C.A. No. 01-3684 (E.D. Pa. July 30, 2003); *Samuel-Bassett v. Kia Motors America, Inc.,* 212 F.R.D. 271 (E.D. Pa. 2000), *vacated on other grounds*; *Oslan v. Law Offices of Mitchell N. Kay,* 232 F. Supp. 2d 436 (E.D. Pa. 2002); *Oslan v. Collection Bureau of Hudson Valley*, 206 F.R.D. 109 (E.D. Pa. 2002); *Saunders v. Berks Credit & Collections*, 2002 WL 1497374 (E.D. Pa. 2002); *Schilling v. Let's Talk Cellular and Wireless*, 2002 U.S. Dist. LEXIS 3352 (E.D. Pa. 2002); *Fry v. Hayt, Hayt and Landau*, 198 F.R.D. 461 (E.D. Pa. 2000); *Smith v. First Union Mortgage Corporation*, 1999 WL 509967 (E.D. Pa. 1999); *Miller v. Inovision*, December Term, 1999, No. 3504 (C.P. Phila. County).

5. My firm has the level of experience and demonstrated commitment to protecting class interests necessary to serve as lead or co-lead counsel in this case. In a world where class cases often settle early in the litigation on terms that are often only favorable to the lawyers involved, our firm is in the small of minority of class action firms that has actual experience in the trial of a class action, and a demonstrated commitment to take a class action cases to trial. Our firm has brought three class actions to trial, two of which resulted in successful verdicts for the consumer classes tried over a period of weeks, and the third which resulted in a

3
DECLARATION OF JAMES A. FRANCIS IN SUPPORT OF PLAINTIFF'S AMENDED MOTION FOR ORDER APPOINTING INTERIM LEAD CLASS COUNSEL

settlement. *See Samuel-Bassett v. Kia Motors America, Inc.*, __ A.3d __, 2011 WL 6059098 (Pa. 2011) ($5.6 million verdict for class of Pennsylvania car purchasers, plus award of attorney's fees upheld by Pennsylvania Supreme Court); *Little v. Kia Motors America, Inc.,* 2003 WL 25568765 (N.J. Super. L. 2003) ($6 million (approximate) verdict for class of New Jersey car purchasers); and, *Chakejian v. Equifax Information Services, LLC*, 275 F.R.D. 201 (E.D. Pa. 2011). Moreover, as documented by the Declaration of David A. Searles, Esquire of our firm (contemporaneously filed herewith), he successfully tried a class case to verdict prior to joining the firm's employ. *Roethlein v. Portnoff Law Associates, Ltd*., 25 A.3d 1274 (Pa. Cmwlth Ct. 2011) (Pennsylvania class action tried to a trial verdict of $1,058,697 against a debt collection law firm on behalf of a class of homeowner taxpayers, recently affirmed by the Commonwealth Court of Pennsylvania).

6.   My firm also has sophistication and experience in working and collaborating with competing counsel in successfully managing and negotiating large national multi-jurisdictional class action settlements. *See Ryals et al. v. Hireright Solutions, Inc.,* C.A. No. 3:09cv625 (E.D. Va. Dec. 22, 2011) ($28.3 million national settlement achieved in case involving 660,000 consumers brought under Fair Credit Reporting Act by various counsel in various districts --believed to be the third largest FCRA settlement in history).

7.   I have attached hereto as Exhibit A a summary of the experience and qualifications of the attorneys in my firm who will be principally involved in this litigation, as well as a brief biography of my firm.

8.   My firm has entered a co-counsel arrangement with the Stephen Gardner, Esquire, Director of Litigation for the Center for Science in the Public Interest (CSPI) (whose cv is attached hereto as Exhibit B), and the Golan Firm. My co-counsel's singular origination of and diligent investigation into this

4
DECLARATION OF JAMES A. FRANCIS IN SUPPORT OF PLAINTIFF'S AMENDED MOTION FOR ORDER APPOINTING INTERIM LEAD CLASS COUNSEL

litigation, CSPI's demonstrated commitment to the public interest in the field of nutrition, and my firm's experience in litigating class actions warrants the granting of Plaintiff's Motion for Interim Class Counsel in favor of our three firms.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: January 31, 2012          *s/ James A. Francis*

Philadelphia, Pennsylvania       James A. Francis