# Curriculum Vitae
## STEPHEN GARDNER

5646 Milton Street, Suite 211
Dallas, Texas 75206
214-827-2774 (voice)
214-827-2787 (fax)
sgardner@cspinet.org (email)

## EDUCATION

**Undergraduate**   University of Texas at Austin, B.A. Special Honors August 1972

**Law**   University of Texas School of Law, J. D. December 1975

## BAR MEMBERSHIPS

| **State Bars** | **United States Supreme Court 1980** |
|---|---|
| Texas 1976 | |
| New York 1983 | |
| District of Columbia Bar 2006 | |

| **United States Courts of Appeals** | **United States District Courts** |
|---|---|
| Second Circuit 1984 | Arkansas, Eastern District, 1986 |
| Third Circuit 2006 | Arkansas, Western District, 1986 |
| Fifth Circuit 1978 | Illinois, Central District, 1999 |
| Seventh Circuit 1999 | Illinois, Northern District, 1999 |
| Eighth Circuit 1990 | New York, Eastern District, 1983 |
| Ninth Circuit 1993 | New York, Southern District, 1983 |
| Eleventh Circuit 2002 | Texas, Western District, 1977 |
| District of Columbia Circuit 1988 | Texas, Northern District, 1984 |
| | Texas, Southern District, 1993 |
| | Texas, Eastern District, 2002 |

## POSITIONS HELD

**EXHIBIT 1**
**CURRICULAM VITAE OF STEPHEN GARDNER**

**Center for Science in the Public Interest**          August 2004-present
Dallas, Texas

Director of Litigation for CSPI, the foremost health advocacy group in the country. One of its main goals is to represent the public interest before regulatory, judicial and legislative bodies on food, alcohol, health, the environment, and other issues.

**National Consumer Law Center**          August 2002-July 2006
Boston, Massachusetts

Of counsel to the Center, providing advice to other lawyers who request assistance from the Center, including both legal consulting and expert witness testimony.

**Law Office of Stephen Gardner, PC**          January 1992-August 2004
Dallas, Texas

Private practice focusing on consumer rights litigation and expert testimony, primarily class actions. Areas of litigation included predatory lending, deceptive credit card practices, auto fraud, unfair and deceptive insurance practices, debt collection abuse, and other unfair and deceptive business practices.

**Assistant Dean for Clinical Education and**
**Visiting Assistant Professor of Law**          August 1992-August 1995

School of Law
Southern Methodist University
Dallas, Texas

Classroom teaching and direct supervision of law student attorneys, who provide legal services to low-income people as part of the SMU Civil Clinic. Primary areas of representation were consumer protection and employee rights.

**Assistant Attorney General**          November 1984-January 1992
State of Texas
Dallas, Texas

As the assistant attorney general in charge of the Dallas Regional Office,

**EXHIBIT 1**
**CURRICULAM VITAE OF STEPHEN GARDNER**

supervised the work of legal and professional staff, as well as handled a sizable consumer protection caseload. The office's source of primary jurisdiction is the Texas Deceptive Trade Practices Act, which covers all false, misleading, or deceptive practices, including consumer credit, false advertising, and hazardous products.

**Assistant Attorney General**         November 1982-November 1984
State of New York
New York, New York

As an assistant attorney general in the Bureau of Consumer Frauds and Protection, represented the interests of consumers in a wide variety of cases. Areas of involvement included deceptive practices, misleading advertising, overcharging tenants under New York rent stabilization laws, Truth in Lending, and electronic fund transfers.

**Director, Office of the Students' Attorney**      November 1981-October 1982
University of Texas
Austin, Texas

As director of the office, responsible for a staff of approximately 20 full- and part-time employees. Along with two other attorneys and several law clerks, practiced a wide variety of civil litigation, concentrated in consumer and landlord-tenant law. In addition, taught a course designed to increase lay awareness of day to day legal problems and issues; guest-lectured to University classes, speaking to some 2,000 students yearly; and, as another means of making people aware of their legal rights and responsibilities, wrote a legal column for the University paper, *The Daily Texan*.

**Legal Aid Society of Central Texas**         January 1976-October 1981
Austin, Texas

As a staff attorney, represented low income people in the consumer law area, concentrating on credit disclosure laws, deceptive trade practices, and debt collection abuses. In the course of representing clients, practiced in trial and appellate courts, both state and federal.

**PROFESSIONAL HONORS AND ACTIVITIES**

**EXHIBIT 1**
**CURRICULAM VITAE OF STEPHEN GARDNER**

**Board of Governors of the Federal Reserve System, Consumer Advisory Council, 1986-1989**

Congress created the 30-member Council to advise the Board and its staff on issues affecting consumer credit.

**Consumers Union of U.S., Inc, Board of Directors, 1997-2000**

Consumers Union is the publisher of *Consumer Reports*.

**Center for Science in the Public Interest, Nutrition Action Hall of Fame, 1991**

This honor was based on "crusading efforts to halt deceptive labeling and advertising of foods and to inspire other law enforcement officials to do the same."

**National Association of Attorneys General "Marvin Award," 1988**

This award is given annually to individuals who demonstrate "outstanding leadership, expertise, and achievement" in advancing the goals of the Association.

**National Association of Consumer Advocates, Member of Board of Directors, 1996-2002; Chair Emeritus, 2002-present**

The Association is active in consumer protection matters. In the past, it has provided Congressional testimony; filed *amicus curiae* briefs in numerous courts, including the United States Supreme Court; and engaged in administrative advocacy before federal agencies considering regulations affecting consumer rights. Membership is limited to lawyers and others who focus on consumer advocacy.

**National Consumer Law Center, Consumer Law Fellow, 1980**

The fellowship involved researching and writing in the consumer law field, primarily submitting comments to the Federal Trade Commission's proposed Credit Practices Rule and the Federal Reserve Board's amendments to Regulation Z pursuant to the Truth in Lending Simplification Act.

**EXHIBIT 1**
**CURRICULAM VITAE OF STEPHEN GARDNER**

**Texas Board of Legal Specialization, Certification in Civil Trial Law, 1989-present**

Certification is given to those attorneys licensed in Texas who demonstrate substantial involvement and special competence in civil trial law, and is based on references, recommendations, extent of practice, and a written exam.

**Who's Who in America (2005)**

**Who's Who in American Law (2004)**

**SIGNIFICANT PUBLICATIONS**

CAVEAT VENDOR, State Bar of Texas (editor 1980-1982)

*Class Action Litigation Developments—Shifting Sands or Firm Foundation?*
     ADVANCED COMMERCIAL AND CONSUMER LAW (State Bar of Texas 1999)

CONSUMER CLASS ACTIONS (National Consumer Law Center, 5th ed.)
     (contributing author)

*Consumer Credit in the Year 2000* (Phillips Business Information 1993)

*Consumer Credit Counseling Services: Current Practices and Proposals for Change*, Vol 13, Nos. 1 & 2, ADVANCING THE CONSUMER INTEREST 30 (2001)

*Credit Reports: Basic Rights and Responsibilities of Creditors and Consumers*,
     CONSUMER FINANCE LAW QUARTERLY REPORT, Vol. 59 No. 3, 248
     (Conference on Consumer Finance Law Fall 2005)

*Credit Reports: Creditors' Rights and Responsibilities*, ADVANCED CREDITORS' RIGHTS
     (State Bar of Texas 1996)

*Credit Reports: In and Out of Bankruptcy Court*, ADVANCED CONSUMER BANKRUPTCY
     (State Bar of Texas 1996)

*DTPA: Current and Projected Issues*, ADVANCED PRACTICE POINTERS AND TRIAL TIPS
     (Texas Trial Lawyers Ass'n 1992)

**EXHIBIT 1**
**CURRICULAM VITAE OF STEPHEN GARDNER**

*Examination, Options, and Solutions: Socratic Method*, AMERICA'S FOODS: HEALTH MESSAGES AND CLAIMS (Tillotson ed. 1993) (panelist)

*Federal Consumer Law Update*, ADVANCED DTPA/CONSUMER/INSURANCE LAW (State Bar of Texas 1997)

*How Green Were My Values: Regulation of Environmental Marketing Claims*, UNIVERSITY OF TOLEDO LAW REVIEW, Vol. 23, No. 1 (1991)

*Legislative Developments in Landlord/Tenant Relations*, REAL ESTATE LAW (State Bar of Texas 1980)

*Litigation as a Tool in Food Advertising: A Consumer Advocacy Viewpoint*, LOYOLA LAW REVIEW, Vol. 39, No. 1 (2006)

*Lost in the Supermarket: Consumer Confusion and Marketing Mania, in* NUTRITION LABELING HANDBOOK 373 (Shapiro ed., 1995)

NAT'L ASS'N OF CONSUMER ADVOCATES, STANDARDS AND GUIDELINES FOR LITIGATING AND SETTLING CONSUMER CLASS ACTIONS (Rev. Ed. 2006; original version published at 176 F.R.D. 375 (1998) (principal author)

NATIONAL ASSOCIATION OF ATTORNEYS GENERAL REPORT OF THE TASK FORCE ON THE AIR TRAVEL INDUSTRY (1987) (co-author)

NEW YORK STATE BAR ASS'N ANTITRUST LAW SECTION SYMPOSIUM (1991) (co-author)

H. NEWBERG & A. CONTE, NEWBERG ON CLASS ACTIONS (4th ed. 2002) (contributing editor)

*A Primer on Class Actions in Texas*, STATE BAR COLLEGE "SUMMER SCHOOL" (State Bar of Texas 2001)

*Privacy and Debt Collection Implications of the Fair Credit Reporting Act and the 2003 FACT Act*, CONSUMER FINANCE LAW QUARTERLY REPORT, Vol. 58, Nos. 1-2, 46 (Conference on Consumer Finance Law, Spring-Summer 2004)

*Question: Is a Settlement Class Subject to All Rule 23 Requirements? Answer: "Yes and*

**EXHIBIT 1**
**CURRICULAM VITAE OF STEPHEN GARDNER**

*No," Says the Supreme Court*, CONSUMER ADVOCATE, Vol. 3, NO. 3 (May/June 1997)

*Representing Consumers: Ethical and Practical Considerations in the Attorney-Client Relationship*, CONSUMER & PERSONAL RIGHTS LITIGATION VOL. VIII, NOS. 1-2 (American Bar Association 2004), *reprinted in* BEST OF COMMITTEE PERIODICALS (American Bar Association 2004)

*See Dick and Jane Sue: A Primer on State Consumer Protection Laws*, PRODUCT DISTRIBUTION AND MARKETING (American Law Institute, 1991; revised 1992)

*Settlement Class Actions—Part Two: The Texas Supreme Court's General Motors Decision*, CLASS ACTIONS & DERIVATIVE SUITS, Vol. 6, No. 2 (American Bar Association, Spring 1996)

TEXAS PRACTICE GUIDE (State Bar of Texas, 2d ed. 1985) (co-author)

THE PRACTICE OF CONSUMER LAW (National Consumer Law Center) (co-author)

*The Impact of International Trade Agreements on Consumer Rights*, CONSUMER FINANCE LAW QUARTERLY REPORT, Vol. 59, Nos. 1-2, 90 (Conference on Consumer Finance Law Spring-Summer 2005)

*The Texas Attorney General and Consumer Protection: I'm from the Government and I'm Here to Help You*, COMPREHENSIVE CONSUMER LAW (State Bar of Texas 1994)

UNFAIR AND DECEPTIVE ACTS AND PRACTICES (National Consumer Law Center, 6th ed.) (contributing author)

**MAJOR REPORTED LITIGATION**

*Abrams v. Cohen*, 473 N.Y.S. 2d 98 (New York County 1983)

This case of first impression established that it is illegal under New York law to sue on a consumer debt except in the county where the consumer resided or in which the debt was incurred.

**EXHIBIT 1**
**CURRICULAM VITAE OF STEPHEN GARDNER**

*Alaska v. Department of Transportation*, 868 F.2d 441 (D.C. Cir. 1989)

Twenty-seven attorneys general sued the Department of Transportation for illegal promulgation of a rule allowing deceptive advertising by airlines. Served as lead counsel.

*General Motors Corp. v. Bloyed*, 916 S.W.2d 949 (Tex. 1996).

Texas Supreme Court rejected trial court's approval of class action settlement involving General Motors trucks with dangerous side-saddle fuel tanks.

*Kellogg v. Morales*, 763 F.Supp. 1369 (N.D. Tex. 1991), *aff'd* 940 F.2d 1530 (5th Cir. 1991)

In this case, a federal district court affirmed the right of the State of Texas to regulate disease-preventative claims for foods.

*Morales v. Trans World Airlines, Inc.*, 112 S.Ct. 2031 (1992)

Briefed and argued this case before the United States Supreme Court. Primary issue was preemption of state consumer protection laws by the Federal Aviation Act.

*Rodriguez v. Sarabyn,* 129 F.3d 760 (5th Cir. 1997)

The Fifth Circuit held that (1) an employer may be held liable for intentional torts such as defamation committed by an employee and (2) this rule applies equally to the federal government as it would to a private employer.

*State of Texas v. Mother and Unborn Baby Care of North Texas, Inc. d/b/a Problem Pregnancy Center*, 749 S.W.2d 533 (Tex. App.—Fort Worth 1988), *writ denied* (Tex. Sup. 1988), *cert. denied mem.,* 109 S.Ct. 2431 (1989)

A Fort Worth jury found that this corporation had deceptively operated a right-to-life center by advertising it as an abortion clinic, with the intent to trap unwary pregnant women. Affirmed on appeal.

**EXHIBIT 1**
**CURRICULAM VITAE OF STEPHEN GARDNER**

*Upjohn Co. v. Freeman*, 906 S.W.2d 92 (Tex. App.—Dallas 1995)

In an intervention on behalf of Public Citizen, this case affirmed the right of public access to numerous documents relating to the safety of the drug Halcion that were produced in discovery and at the trial of a private negligence and products liability lawsuit.

**EXPERT WITNESS**

*Ameris v. Consumer Credit Counseling Service of Greater Dallas, Inc.*, District Court of Dallas County, Texas, No. 97-00558-D (consumer perceptions and class action certification)

*Bayhille v. Jiffy Lube International, Inc.*, District Court of Cherokee County, Oklahoma, Case No. CJ-2002-352 (consumer perceptions and class action certification)

*Bloom v. Herbalife International Distribution, Inc.,* Superior Court of San Diego, California, No. GIC-731141 (food and drug law)

*Boehr v. Bank of America,* United States District Court for the District of Arizona, No. Civ-99 22 65 PHX RCB (class action certification)

*Campbell v. Airtouch Cellular*, Superior Court of San Francisco County, California, Case No. GIC 751725 (class action certification)

*Chavez v. Netflix, Inc.,* Superior Court of San Francisco, California, No. CGC-04-434884 (consumer behavior and class action certification)

*Community Bank of Northern Virginia and Guaranty National Bank of Tallahassee Second Mortgage Litigation,* United States District Court for the Western District of Pennsylvania, No. 03-0425 (class action certification)

*Courville v. UDR Western Residential, Inc.*, County Court at Law of Dallas County, Texas, No. CC-00-01619-A (utility regulation and class action certification)

*Dotson v. Bell Atlantic—Maryland, Inc.,* Circuit Court for Prince George's County, Maryland, No. CAL 99-21004 (class action certification)

*Gosselin v. Nitro 2 Go, Inc., et al.*, Case No. RIC 389336, Superior Court of Riverside County, California (consumer perceptions and food and drug law)

*Groveman v. Trans Union Corporation*, United States District Court for the Northern District of Texas, Civil Action No. 3:95-CV-2067-X (credit reports)

*Hendricksen v. Metabolife International, Inc.*, Superior Court of San Bernadino

**EXHIBIT 1**
**CURRICULAM VITAE OF STEPHEN GARDNER**

County, California, No. RCV57282 (food and drug law)

*Hughes v. American Health & Life Ins. Co.*, Circuit Court of the State of Alabama, No. CV 96-615 (class action settlement)

*In re Mexico Money Transfer Litigation*, United States District Court for the Northern District of Illinois, No.98-C-2407 (class action certification)

*Levin v. UDR Residential, Inc.*, District Court of Tarrant County, Texas, No. 348-174435-98 (utility regulation and class action certification)

*Liles v. American Corrective Counseling Services, Inc.*, United States District Court for the Southern District of Iowa, No. 4-00-CV-10487 (class action certification)

*McDonald's Corp. v. Steel*, Royal Courts of Justice, London, England, No. 1990-M-NO.S724 (consumer perceptions and nutrition labeling)

*Milkman v. American Travellers Life Insurance Company et al.*, Case No. 03775, Philadelphia Court of Common Pleas (2002) (class action settlement)

*Porter v. Laci Le Beau Corp.*, Superior Court of San Francisco, California, No. 531430-7 (food and drug law)

*Record v. Bowser Oaks Homeowners' Ass'n*, District Court of Dallas County, Texas, No. 95-12304-M (debt collection)

*Sincal v. CMH Parks, Inc.*, District Court of Denton County, Texas, No. 98-30469-211 (utility regulation and class action certification)

*Thompson v. TCI Cablevision of Washington, Inc.*, Superior Court of Washington, No. 94-2-00243-2 (class action certification)

*Wilson v. Massachusetts Mutual Life Insurance Co.*, First Judicial District Court, State of New Mexico, No. D-101-CV 98-02814 (class action certification and settlement)

**EXHIBIT 1**
**CURRICULAM VITAE OF STEPHEN GARDNER**