THE GOLAN LAW FIRM
YVETTE GOLAN
1919 Decatur St.
Houston, TX 77007
Telephone: (866) 298 4150 ext 101
ygolan@tgfirm.com

FLASHPOINT LAW
SHIRISH GUPTA (SBN 205584)
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
Telephone: (650) 539-4019
sgupta@flashpointlaw.com

Attorneys for Plaintiff Sara Sandys

*Proposed Interim Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SANDYS,<br><br>             Plaintiff,<br><br>     v.<br><br>NAKED JUICE COMPANY, a California corporation; PEPSICO INC., a New York corporation; and DOES 1-10,<br><br>             Defendants. | Case No. CV11-08007 JAK (PLAx)<br><br>**DECLARATION OF SHIRISH GUPTA** |

**DECLARATION OF SHIRISH GUPTA**

I, Shirish Gupta, do hereby declare as follows:

1. I am an attorney at law duly admitted to practice before all Courts of the State of California, including the United States District Court for the Central District of California. I am counsel for Plaintiffs Sara Sandys. I have personal knowledge of the matters stated in this Declaration and would and could competently testify to them if called as a witness.

2. This Declaration is submitted in support of Plaintiffs' Motion to Be Appointed Interim Lead Class Counsel.

3. Since graduating from the University of Chicago Law School in 1999, I have been practicing complex civil litigation, securities and shareholder litigation, intellectual property litigation, consumer class actions, employment class actions and commercial litigation in California.

4. I began my practice with Howard Rice Nemerovski Canady Falk & Rabin LLP in San Francisco litigating class actions and mass torts involving, among other things, asbestos and tobacco-related injuries. In 2002, I joined Mayer Brown LLP in Palo Alto and expanded my class action practice. In addition to the case at bar, I have been counsel of record in the following actions:

- *Patel v. Apple Computer* (misleading iPhone signal meter readings)
- *Bates v. Kashi* (false representations concerning product contents)
- *Weaver v. U.S. Robotics* (warranty claims)
- *Swink v. Sears* (warranty claims over autmotive batteries)
- *Eustice v. Network Associates* (deceptive software trade practices)
- *Lyon v. McAfee* (deceptive software update policies)
- *In re Oracle Securities Litigation* (securities fraud)
- *In re Oracle Derivative Litigation* (breach of fiduciary duty)
- *In re At Home Securities Litigation* (securities fraud)
- *In re Openwave Securities Litigation* (securities fraud)

- *In re Openwave Derivative Litigation* (breach of fiduciary duty)
- *Elvey v. TD Ameritrade* (disclosure of consumer records)
- *Baker v. Adobe* (deceptive consumer practices)
- *In re Vitamins* (price fixing)

I have served as counsel in several price fixing actions involving vitamins, industrial chemicals, computer components and airlines.

5. In my complex litigation practice, I have served as counsel for plaintiffs, defendants and third-parties.

6. In 2008, I launched Flashpoint Law in order to protect the interests of consumers and small businesses. I have filed three putative class actions and am currently in the pre-filing stage on two others.

7. I have been recognized as a Super Lawyers Rising Star in 2010 and 2011. In addition, I was awarded the Best Under 40 award by the National Asian Pacific American Bar Association. I have been rated AV Preeminent by Martindale Hubbell.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed this 1st day of February 2012 at San Mateo, California.

/s/ Shirish Gupta
SHIRISH GUPTA