UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SARA SANDYS,<br><br>  Plaintiff,<br><br>  v.<br><br>NAKED JUICE COMPANY, a California corporation; PEPSICO, INC., a New York Corporation; and DOES 1-10,<br><br>  Defendants. | CASE NO. CV 11-08007 JAK (PLAx)<br><br>**[PROPOSED] ORDER APPOINTING INTERIM LEAD CLASS COUNSEL**<br><br>Action Filed:  September 27, 2011 |

Upon consideration of Plaintiff's Amended Motion for Appointment of Interim Class Counsel Pursuant to Fed.R.Civ.P. 23(g), and the filings of counsel in the four related actions *Pappas v. Naked Juice Co. of Glendora*, *Inc.*, *et al.*, No. LA CV-11-08276-JAK (PLAx) (filed October 5, 2011); *Marchewka v. Naked Juice Co. of Glendora*, *Inc.*, No. SA CV-11-01701 JAK (PLAx) (filed November 7, 2011); (3) *Evans v. v. Naked Juice Co. of Glendora*, *Inc.*, *et al.*, No. LA CV-11-

9412-JAK (PLAx) (filed November 10, 2011); and (4) *Park v. Naked Juice Co. of Glendora, Inc.*, No. LA CV-09677 JAK (PLAx) (filed November 21, 2011), it is hereby ORDERED as follows:

1. Prior to any determination of class certification and to facilitate the orderly coordination and progress of the claims of the putative class, prosecution of this litigation on behalf of any alleged Class or Classes shall be managed and directed by Plaintiff's Interim Lead Counsel, who shall be:

> Francis & Mailman P.C.
> 100 S. Broad Street, 19th Floor
> Philadelphia, PA 19110
> Tel: (215) 735-8600; Fax: (215) 940-8000

> CENTER FOR SCIENCE IN THE PUBLIC INTEREST
> 5646 Milton Street Suite 211
> Dallas, TX 75206
> Tel: (214) 827-2774; Fax: (214) 827-2787

> THE GOLAN LAW FIRM
> 1919 Decatur St.
> Houston, TX 77007
> Tel: (866) 298-4150 ext. 101; Fax: (928) 441-8250

2. Plaintiff's Interim Lead Class Counsel shall have overall case management and litigation responsibility and shall assume and exercise the following powers and responsibilities in the most efficient manner that benefits the proposed class:

   (a) to make all work assignments in such a manner as to promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and expense;

   (b) to determine and present in pleadings, motions, briefs, oral argument or such other fashion as may be appropriate to the Court and opposing parties, the position of the Plaintiff as to all matters arising during all pretrial and trial proceedings, including any motion to certify a proposed Class;

(c) to seek relief, including permanent or temporary injunctive relief, or declaratory relief;

(d) to act as a spokesperson at pretrial conferences;

(e) to conduct or coordinate discovery on behalf of Plaintiff consistent with the requirements of the Federal Rules of Civil Procedure;

(f) to enter into stipulations with opposing counsel for the conduct of the litigation;

(g) to sign all papers filed or submitted on behalf of Plaintiff;

(h) to conduct all pre-trial, trial and post-trial proceedings on behalf of Plaintiff;

(i) to select, employ, and consult with experts;

(j) to select any additional named plaintiffs and/or class representatives;

(k) to conduct settlement negotiations with Defendant on behalf of Plaintiff and to add such additional counsel as Plaintiff's Interim Lead Class Counsel may select;

(l) to otherwise coordinate and perform such other duties as the Plaintiff's Interim Lead Class Counsel deem necessary or as authorized by further order of the Court;

(m) to recommend apportionment and allocation of fees and expenses subject to Court approval; and

(n) to have authority over all other matters concerning the prosecution or resolution of the action.

3. Plaintiff's Interim Lead Class Counsel shall be responsible for communicating with the Court and are designated as the attorneys of record with whom the Court and the Defendants will be dealing throughout the course of this litigation.

4. Defendants are ORDERED to inform the Court and Plaintiff's Interim Lead Class Counsel of the existence of any other class action now pending or commenced in the future, in any jurisdiction, whether in state court or federal court, wherein similar claims are asserted against any of the Defendants. Plaintiff's Interim Lead Class Counsel shall have and exercise these powers and duties over similar and related actions as ordered by the Court.

5. The appointment of Plaintiff's Interim Lead Class Counsel shall not constitute a waiver by any party of any claims in or defenses to any of the actions.

DATED: _____   _____
The Hon. John A. Kronstadt
UNITED STATES DISTRICT JUDGE