UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | LA CV11-08007 JAK (PLAx)<br>LA CV 11-08276 JAK (PLAx)<br>SA CV 11-01701 JAK (PLAx)<br>LA CV 11-09412 JAK (PLAx)<br>LA CV 11-09677 JAK (PLAx) | Date | February 6, 2012 |
|---|---|---|---|
| Title | Sara Sandys v. Naked Juice Company, et al.<br>Natalie Pappas v. Naked Juice Co. of Glendora Inc. et al.<br>Russell Marchewka v. Naked Juice Co. of Glendora Inc. et al.<br>Christopher Evans v. Naked Juice Co. of Glendora Inc. et al.<br>Gina Park v. Naked Juice Co. of Glendora Inc. et al. | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Yvette Golan<br>Shirish Gupta<br>Tina Wolfson<br>Marc Godino<br>Christopher Ridout<br>Rosemary Rivas<br>David A Searles<br>*(pro hac vice application pending)*<br>James A Francis<br>*(pro hac vice application pending)* | Christopher Chorba<br>Andrew Tulumello |

**Proceedings:**   DEFENDANTS' MOTION TO CONSOLIDATE (11-08007, Dkt. 20), PLAINTIFF'S MOTION FOR ORDER APPOINTING INTERIM LEAD CLASS COUNSEL (11-08007, Dkt. 23), PLAINTIFF'S MOTION TO STRIKE (11-08007, Dkt. 41)

PLAINTIFFS' MOTION FOR A JOINT ORDER (11-08276, Dkt. 18)

SCHEDULING CONFERENCE (All Related Cases)

The motion hearing is held. The Court states its detailed, tentative views on the record and is inclined to

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV11-08007 JAK (PLAx) <br> LA CV 11-08276 JAK (PLAx) <br> SA CV 11-01701 JAK (PLAx) <br> LA CV 11-09412 JAK (PLAx) <br> LA CV 11-09677 JAK (PLAx) | Date | February 6, 2012 |
|---|---|---|---|
| Title | Sara Sandys v. Naked Juice Company, et al. <br> Natalie Pappas v. Naked Juice Co. of Glendora Inc. et al. <br> Russell Marchewka v. Naked Juice Co. of Glendora Inc. et al. <br> Christopher Evans v. Naked Juice Co. of Glendora Inc. et al. <br> Gina Park v. Naked Juice Co. of Glendora Inc. et al. | | |

grant the motion to consolidate. There is no authority for the proposition that the Court cannot consolidate class actions. Similarly, the first-to-file doctrine applies to cases filed in different districts, which is not the case here.

Counsel for Plaintiff Gina Park addresses the Court and represents that she has agreed to join with the Pappas Group Plaintiffs (*i.e.*, Plaintiffs Pappas, Marchewka, and Evans) in their motion to consolidate and be named interim co-lead class counsel.

Counsel for Plaintiffs and Defendants address the Court regarding the filing of a consolidated complaint. They also address the Court's question about the proper procedure were there one plaintiff who objects to the claims advanced in, or excluded from, a consolidated complaint, and regarding the protections such a plaintiff could receive were a consolidated complaint filed or a class certified.

The Court adheres to its tentative view and GRANTS the motions to consolidate (11-08007, Dkt. 20; and 11-08276, Dkt. 18). The Court expects that the parties shall meet and confer in order to file a single, consolidated complaint. In the event that the parties later disagree on the causes of action brought in such a complaint, the parties shall address this through motions practice before the Court.Thus, if the Court appoints interim lead counsel who files a complaint with which other counsel disagree, such counsel may, on behalf of their clients, move to amend the complaint by adding a cause of action to, or removing one from, the class claims.

The Court continues the hearing on the motion to strike (11-08007, Dkt. 41) pending the outcome of Plaintiffs' attempts to agree on structuring counsel leadership and filing a consolidated complaint.

Plaintiffs' counsel shall meet and confer regarding electing interim co-lead class counsel. If they are unable to agree, the Court will appoint interim lead class counsel. Thus, the Court continues the hearing on the motions to appoint lead class counsel (11-08007, Dkt. 23; and 11-08276, Dkt. 18) pending Plaintiffs' counsel attempts to resolve their disputes by meeting and conferring.

Counsel for Plaintiffs shall attempt to agree within ten days on structuring counsel for Plaintiffs and filing a consolidated complaint. If counsel cannot agree, the Court will order interim lead class counsel.

The scheduling conference is held.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV11-08007 JAK (PLAx) <br> LA CV 11-08276 JAK (PLAx) <br> SA CV 11-01701 JAK (PLAx) <br> LA CV 11-09412 JAK (PLAx) <br> LA CV 11-09677 JAK (PLAx) | Date | February 6, 2012 |
| Title | Sara Sandys v. Naked Juice Company, et al. <br> Natalie Pappas v. Naked Juice Co. of Glendora Inc. et al. <br> Russell Marchewka v. Naked Juice Co. of Glendora Inc. et al. <br> Christopher Evans v. Naked Juice Co. of Glendora Inc. et al. <br> Gina Park v. Naked Juice Co. of Glendora Inc. et al. | | |

The Court confers with counsel and schedules the following dates:

| | |
|---|---|
| March 1, 2012: | Last day to file consolidated complaint |
| March 22, 2012: | Last day to file motion(s) to dismiss consolidated complaint |
| April 30, 2012 at 8:30 a.m.: | Hearing on motion(s) to dismiss |

Counsel shall confer and agree on a briefing schedule regarding the motion(s) to dismiss so long as the reply is filed no later than April 16, 2012.

The scheduling conference and the motions to appoint interim lead class counsel are continued to March 5, 2012 at 1:30 pm. Counsel shall file a joint report no later than March 1, 2012. At that time, the Court will consider a schedule for filing a motion for class certification.

The Court declines to designate one of Plaintiffs' cases as the lead case at present, pending counsel for Plaintiffs' completing a meet and confer process in an effort to reach an agreement on structuring their representation and the filing of a consolidated complaint. Counsel shall meet and confer in an effort to agree upon the lead case and shall include such in the March 1, 2012 joint report. If counsel are not able to agree upon the designation of a lead case, the Court will make its determination at the March 5, 2012 hearing. Counsel shall continue to file all pleadings in the case to which it corresponds until the lead case is designated and ordered by this Court.

**IT IS SO ORDERED.**

|  | : | 07 |
|---|---|---|
| Initials of Preparer | ak | |